JUDGE BRIEANT

**08 CV 03462**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------- x
:
LAVA RECORDS LLC, a Delaware limited :
liability company; WARNER BROS. RECORDS
INC., a Delaware corporation; CAPITOL :
RECORDS, INC., a Delaware corporation; UMG
RECORDINGS, INC., a Delaware corporation; : Civil Action No.:
SONY BMG MUSIC ENTERTAINMENT, a
Delaware general partnership; ARISTA :
RECORDS LLC, a Delaware limited liability
company; BMG MUSIC, a New York general :
partnership; ATLANTIC RECORDING
CORPORATION, a Delaware corporation; :
MAVERICK RECORDING COMPANY, a
California joint venture; ELEKTRA :
ENTERTAINMENT GROUP INC., a Delaware
corporation; VIRGIN RECORDS AMERICA, :
INC., a California corporation; and MOTOWN
RECORD COMPANY, L.P., a California limited :
partnership,

Plaintiffs, :

:

-against- :

AUDREY AMURAO, :

:

Defendant. x
--------------------------------------------------------



## COMPLAINT FOR COPYRIGHT INFRINGEMENT

Plaintiffs, by their attorneys Robinson & Cole LLP, for their complaint against

Defendant, allege:

### JURISDICTION AND VENUE

1.      This is a civil action seeking damages and injunctive relief for copyright

infringement under the copyright laws of the United States (17 U.S.C. §101 *et seq.*).

2.      This Court has jurisdiction under 17 U.S.C. § 101 *et seq.*; 28 U.S.C. §1331

(federal question); and 28 U.S.C. §1338(a) (copyright).

3.     This Court has personal jurisdiction over the Defendant, Audrey Amurao, and venue in this District is proper under 28 U.S.C. § 1391(b) and (c) and 28 U.S.C. § 1400, because, on information and belief, the Defendant resides in this District and/or a substantial part of the acts of infringement complained of herein occurred in this District.

## PARTIES

4.     Plaintiff Lava Records LLC, a limited liability company, is a joint venture between Atlantic Recording Corporation and Diamond Music LLC, and is duly organized and existing under the laws of the State of Delaware, with its principal place of business in the State of New York.

5.     Plaintiff Warner Bros. Records Inc. is a corporation duly organized and existing under the laws of the State of Delaware, with its principal place of business in the State of California.

6.     Plaintiff Capitol Records, Inc. is a corporation duly organized and existing under the laws of the State of Delaware, with its principal place of business in the State of New York.

7.     Plaintiff UMG Recordings, Inc. is a corporation duly organized and existing under the laws of the State of Delaware, with its principal place of business in the State of California.

8.     Plaintiff SONY BMG MUSIC ENTERTAINMENT is a Delaware general partnership, with its principal place of business in the State of New York.

9.     Plaintiff Arista Records LLC is a limited liability company duly organized and existing under the laws of the State of Delaware, with its principal place of business in the State of New York.

2

10.    Plaintiff BMG Music is a general partnership duly organized and existing under the laws of the State of New York, with its principal place of business in the State of New York.

11.    Plaintiff Atlantic Recording Corporation is a corporation duly organized and existing under the laws of the State of Delaware, with its principal place of business in the State of New York.

12.    Plaintiff Maverick Recording Company is a joint venture between SR/MDM Venture Inc. and Maverick Records LLC, organized and existing under the laws of the State of California, with its principal place of business in the State of California.

13.    Plaintiff Elektra Entertainment Group Inc. is a corporation duly organized and existing under the laws of the State of Delaware, with its principal place of business in the State of New York.

14.    Plaintiff Virgin Records America, Inc. is a corporation duly organized and existing under the laws of the State of California, with its principal place of business in the State of New York.

15.    Plaintiff Motown Record Company, L.P. is a limited partnership duly organized and existing under the laws of the State of California, with its principal place of business in the State of California.

16.    Plaintiffs are informed and believe that Defendant is an individual who resided in Bronxville, New York, within this District at the time of the infringement complained of herein. Upon information and belief, Defendant may still be found in this District.

## COUNT I
## INFRINGEMENT OF COPYRIGHTS

17.    Plaintiffs incorporate herein by this reference each and every allegation contained in each paragraph above.

18.    Plaintiffs are, and at all relevant times have been, the copyright owners or licensees of exclusive rights under United States copyright law with respect to certain copyrighted sound recordings, including but not limited to, all of the copyrighted sound recordings on Exhibit A to this Complaint (collectively, these copyrighted sound recordings shall be identified as the "Copyrighted Recordings").  Each of the Copyrighted Recordings is the subject of a valid Certificate of Copyright Registration issued by the Register of Copyrights, for which the Plaintiffs are the owners as specified on Exhibit A.

19.    Among the exclusive rights granted to each Plaintiff under the Copyright Act are the exclusive rights to reproduce the Copyrighted Recordings and to distribute the Copyrighted Recordings to the public.

20.    Much of the unlawful distribution of copyrighted sound recordings over the Internet occurs via "peer-to-peer" ("P2P") file copying networks or so-called online media distribution systems.  P2P networks, at least in their most popular form, refer to computer systems or processes that enable Internet users to search for files (including audio recordings) stored on other users' computers and transfer exact copies of files from one computer to another via the Internet, which can include both downloading an exact copy of that file onto the user's own computer and distributing an exact copy of that file to other Internet users on the same P2P network.  P2P networks enable users who otherwise would have no connection with, or knowledge of, each other to provide a sophisticated search mechanism by which users can locate these files for downloading and to reproduce and distribute files off of their personal computers.

21.    Users of P2P networks who distribute files over a network can be identified by using Internet Protocol ("IP") addresses because the unique IP address of the computer offering the files for distribution can be captured by another user during a search or a file transfer.  Users

4

of P2P networks can be identified by their IP addresses because each computer or network device (such as a router) that connects to a P2P network must have a unique IP address within the Internet to deliver files from one computer or network device to another. Two computers cannot effectively function if they are connected to the Internet with the same IP address at the same time.

22.    Plaintiffs identified an individual using LimeWire on the P2P network Gnutella at IP address 162.83.166.67 on June 1, 2005 at 23:57:27, distributing 528 audio files over the Internet. Attached as Exhibit B to this Complaint is a list of the 528 audio files, along with other digital files, that this user was distributing on June 1, 2005. The Defendant has stated in sworn testimony that she used LimeWire to search for and download music files on the Internet and that the files listed in Exhibit B are files that she had stored on her computer on June 1, 2005. The Copyrighted Recordings listed on Exhibit A to the Complaint are a subset of the files listed on Exhibit B to the Complaint. Plaintiffs are informed and believe that as of June 1, 2005, Defendant, without the permission or consent of Plaintiffs, had continuously used, and continued to use, a P2P network to download and/or distribute to the public the Copyrighted Recordings. Exhibit A identifies the date and time of capture and a list of Copyrighted Recordings that Defendant has, without the permission or consent of Plaintiffs, downloaded and/or distributed to the public. Through Defendant's continuous acts of downloading and/or distributing to the public the Copyrighted Recordings, which acts Plaintiffs believe to have been ongoing for some time, Defendant has violated Plaintiffs' exclusive rights of reproduction and distribution. Defendant's actions constitute infringement of Plaintiffs' copyrights and exclusive rights under copyright.

23.    In addition to the sound recordings listed on Exhibit A, Plaintiffs are informed and believe that Defendant has, without the permission or consent of Plaintiffs, continuously downloaded and/or distributed to the public additional sound recordings owned by or exclusively licensed to Plaintiffs or Plaintiffs' affiliate record labels.

24.    Plaintiffs have placed proper notices of copyright pursuant to 17 U.S.C. § 401 on each respective album cover of each of the sound recordings identified in Exhibit A. These notices of copyright appeared on published copies of each of the sound recordings identified in Exhibit A. These published copies were widely available, and each of the published copies of the sound recordings identified in Exhibit A was accessible by Defendant.

25.    Plaintiffs are informed and believe that the foregoing acts of infringement have been willful and intentional, in disregard of and indifference to the rights of Plaintiffs.

26.    As a result of Defendant's infringement of Plaintiffs' copyrights and exclusive rights under copyright, Plaintiffs are entitled to statutory damages pursuant to 17 U.S.C. § 504(c) for Defendant's infringement of each of the Copyrighted Recordings. Plaintiffs further are entitled to their attorneys' fees and costs pursuant to 17 U.S.C. § 505.

27.    The conduct of Defendant is causing and, unless enjoined and restrained by this Court, will continue to cause Plaintiffs great and irreparable injury that cannot fully be compensated or measured in money. Plaintiffs have no adequate remedy at law. Pursuant to 17 U.S.C. §§ 502 and 503, Plaintiffs are entitled to injunctive relief prohibiting Defendant from further infringing Plaintiffs' copyrights, and ordering Defendant to destroy all copies of sound recordings made in violation of Plaintiffs' exclusive rights.

WHEREFORE, Plaintiffs pray for judgment against Defendant as follows:

1.    For an injunction providing:

"Defendant shall be and hereby is enjoined from directly or indirectly infringing Plaintiffs' rights under federal or state law in the Copyrighted Recordings and any sound recording, whether now in existence or later created, that is owned or controlled by Plaintiffs (or any parent, subsidiary, or affiliate record label of Plaintiffs) ("Plaintiffs' Recordings"), including without limitation by using the Internet or any online media distribution system to reproduce (i.e., download) any of Plaintiffs' Recordings, to distribute (i.e., upload) any of Plaintiffs' Recordings, or to make any of Plaintiffs' Recordings available for distribution to the public, except pursuant to a lawful license or with the express authority of Plaintiffs. Defendant also shall destroy all copies of Plaintiffs' Recordings that Defendant has downloaded onto any computer hard drive or server without Plaintiffs' authorization and shall destroy all copies of those downloaded recordings transferred onto any physical medium or device in Defendant's possession, custody, or control."

2.    For statutory damages for each infringement of each Copyrighted

Recording pursuant to 17 U.S.C. § 504.

3.    For Plaintiffs' costs in this action.

4.    For Plaintiffs' reasonable attorneys' fees incurred herein.

5.    For such other and further relief as the Court may deem just and proper.

Dated: New York, New York
       April 9, 2008

By: _____

Brian E. Moran (BM-8573)
Victor B. Kao  (VK6967)
Robinson & Cole LLP
885 Third Avenue, Suite 2800
New York, NY 10022-4834
Telephone: (212) 451-2900
Fax: (212) 451-2999

# Exhibit A

# EXHIBIT A

## AUDREY AMURAO

| IP Address: 162.83.166.67 2005-06-01 23:57:27 | CASE ID# 65821763A |
|---|---|
| | |
| P2P Network: Gnutella | Total Audio Files: 528 |

| Copyright Owner | Artist | Recording Title | Album Title | SR# |
|---|---|---|---|---|
| Lava Records LLC | Trans-Siberian Orchestra | Requiem (The Fifth) | Beethoven's Last Night | 284-961 |
| Warner Bros. Records Inc. | Linkin Park | Points Of Authority | Hybrid Theory | 288-402 |
| Capitol Records, Inc. | Richard Marx | Now and Forever | Paid Vacation | 210-246 |
| Capitol Records, Inc. | Richard Marx | Right Here Waiting | Repeat Offender | 103-712 |
| UMG Recordings, Inc. | Lost Boyz | Music Makes Me High | Legal Drug Money | 222-734 |
| SONY BMG MUSIC ENTERTAINMENT | Billy Joel | We Didn't Start the Fire | Storm Front | 109-420 |
| SONY BMG MUSIC ENTERTAINMENT | Korn | Freak On a Leash | Follow the Leader | 263-749 |
| Arista Records LLC | Outkast | Ms. Jackson | Stankonia | 306-741 |
| BMG Music | Busta Rhymes | Break Ya Neck | Genesis | 312-547 |
| Warner Bros. Records Inc. | Goo Goo Dolls | Name | A Boy Named Goo | 193-623 |
| Warner Bros. Records Inc. | Green Day | Boulevard Of Broken Dreams | American Idiot | 362-125 |
| UMG Recordings, Inc. | Ludacris | Southern Hospitality | Back For the First Time | 289-433 |
| UMG Recordings, Inc. | Erykah Badu | Next Lifetime | Baduizm | 233-364 |
| Warner Bros. Records Inc. | Disturbed | Breathe | Believe | 316-958 |

| | | | | 320-120 |
|---|---|---|---|---|
| Capitol Records, Inc. | Norah Jones | Come Away with Me | Come Away With Me | |
| UMG Recordings, Inc. | Vanessa Williams | Save the Best for Last | Comfort Zone | 141-365 |
| Warner Bros. Records Inc. | Green Day | Basket Case | Dookie | 185-457 |
| SONY BMG MUSIC ENTERTAINMENT | Babyface | When Can I See You | For The Cool In You | 184-540 |
| SONY BMG MUSIC ENTERTAINMENT | Billy Joel | It's Still Rock And Roll To Me | Glass Houses | 17-630 |
| UMG Recordings, Inc. | Musiq | Halfcrazy | Half Crazy (single) | 309-717 |
| SONY BMG MUSIC ENTERTAINMENT | Korn | Falling Away from Me | Issues | 276-133 |
| BMG Music | SWV | Weak | It's About Time | 146-905 |
| UMG Recordings, Inc. | Styx | Mr. Roboto | Kilroy Was Here | 43-129 |
| SONY BMG MUSIC ENTERTAINMENT | Gloria Estefan | Can't Stay Away From You | Let It Loose | 83-468 |
| Arista Records LLC | Dido | White Flag | Life for Rent | 340-392 |
| Warner Bros. Records Inc. | Linkin Park | Breaking the Habit | Meteora | 346-247 |
| SONY BMG MUSIC ENTERTAINMENT | Incubus | Nice to Know You | Morning View | 306-181 |
| Warner Bros. Records Inc. | Green Day | Nice Guys Finish Last | Nimrod | 244-558 |
| UMG Recordings, Inc. | Berlin | The Metro | Pleasure Victim | 43-664 |
| UMG Recordings, Inc. | Sheryl Crow | Strong Enough | Scenes From The Tuesday Night Music Club | 175-406 |
| Arista Records LLC | Sarah McLachlan | Sweet Surrender | Surfacing | 243-027 |
| BMG Music | Alicia Keys | If I Ain't Got You | The Diary of Alicia Keys | 346-869 |

| | | | | |
|---|---|---|---|---|
| | | | | 296-962 |
| SONY BMG MUSIC ENTERTAINMENT | Ginuwine Hoobastank | Differences | The Life | |
| | | | | 339-555 |
| UMG Recordings, Inc. | | Out of Control | The Reason | |
| SONY BMG MUSIC ENTERTAINMENT | The Fugees | Killing Me Softly With His Song | The Score | 222-005 |
| | | | | 83-157 |
| UMG Recordings, Inc. | Tiffany | I Think We're Alone Now | Tiffany | |
| | | | | 301-897 |
| SONY BMG MUSIC ENTERTAINMENT | System of a Down | Aerials | Toxicity | |
| | | | | 297-030 |
| UMG Recordings, Inc. | Weezer | Island in the Sun | Weezer (Green Album) | |
| | | | | 291-558 |
| UMG Recordings, Inc. | Ludacris | What's Your Fantasy | What's Your Fantasy (single) | |
| | | | | 334-303 |
| UMG Recordings, Inc. | Black Eyed Peas | Where Is The Love? | Where Is The Love? (single) | |
| | | | | 24-682 |
| Atlantic Recording Corporation | Phil Collins | In the Air Tonight | Face Value | |
| | | | | 60-139 |
| Atlantic Recording Corporation | Phil Collins | One More Night | One More Night (single) | |
| | | | | 213-545 |
| Maverick Recording Company | Alanis Morissette | Head Over Feet | Jagged Little Pill | |
| | | | | 90-386 |
| Elektra Entertainment Group Inc. | Tracy Chapman | Fast Car | Fast Car (single) | |
| | | | | 112-173 |
| Virgin Records America, Inc. | UB40 | The Way You Do the Things You Do | Labour Of Love II | |
| | | | | 240-088 |
| Motown Record Company, L.P. | Boyz II Men | 4 Seasons of Loneliness | Evolution | |
| | | | | 195-914 |
| Motown Record Company, L.P. | Boyz II Men | I'll Make Love to You | I'll Make Love to You (single) | |
| | | | | 212-333 |
| Motown Record Company, L.P. | Boyz II Men | It's So Hard to Say Goodbye to Yesterday | Cooleyhighharmony | |
| | | | | 196-004 |
| Motown Record Company, L.P. | Boyz II Men | On Bended Knee | II | |
| | | | | 269-647 |
| Elektra Entertainment Group Inc. | Busta Rhymes | Gimme Some More | Extinction Level Event (The Final World Front) | |

3

| | | | | 258-724 |
|---|---|---|---|---|
| Elektra Entertainment Group Inc. | Busta Rhymes | Put Your Hands Where My Eyes Could See | When Disaster Strikes | |
| | | | | 179-190 |
| Elektra Entertainment Group Inc. | Missy Elliott | All N My Grill | Da Real World | |
| | | | | 297-686 |
| Elektra Entertainment Group Inc. | Missy Elliott | Get Your Freak On | Miss E…So Addictive | |
| | | | | 340-520 |
| Arista Records LLC | Outkast | Hey Ya! | Speakerboxxx/The Love Below | |

4

AO 121 (6/90)

| TO: | | REPORT ON THE |
|---|---|---|
| Register of Copyrights<br>Copyright Office<br>Library of Congress<br>Washington, D.C. 20559 | | **REPORT ON THE<br>FILING OR DETERMINATION OF AN<br>ACTION OR APPEAL<br>REGARDING A COPYRIGHT** |

In compliance with the provisions of 17 U.S.C. 508, you are hereby advised that a court action or appeal has been filed on the following copyright(s):

| ☒ ACTION      ~ APPEAL | COURT NAME AND LOCATION<br>United States District Court<br>Southern District of New York<br>300 Quarropas Street<br>White Plains, NY 10601-4150 |
|---|---|
| DOCKET NO.                     DATE FILED | |

| PLAINTIFF<br>LAVA RECORDS LLC; WARNER BROS. RECORDS INC.; CAPITOL RECORDS, INC.; UMG RECORDINGS, INC.; SONY BMG MUSIC ENTERTAINMENT; ARISTA RECORDS LLC; BMG MUSIC; ATLANTIC RECORDING CORPORATION; MAVERICK RECORDING COMPANY; ELEKTRA ENTERTAINMENT GROUP INC.; VIRGIN RECORDS AMERICA, INC.; and MOTOWN RECORD COMPANY, L.P. | DEFENDANT<br>AUDREY AMURAO |
|---|---|

| COPYRIGHT<br>REGISTRATION NO. | TITLE OF WORK | AUTHOR OF WORK |
|---|---|---|
| 1 | <u>See</u> Exhibit A, attached. | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

In the above-entitled case, the following copyright(s) have been included:

| DATE INCLUDED | INCLUDED BY |  |  |
|---|---|---|---|
| | ☐ Amendment      ☐ Answer      ☐ Cross Bill      ☐ Other Pleading | | |

| COPYRIGHT<br>REGISTRATION NO. | TITLE OF WORK | AUTHOR OF WORK |
|---|---|---|
| 1 | | |
| 2 | | |
| 3 | | |

In the above-entitled case, a final decision was rendered on the date entered below.  A copy of the order or judgment together with the written opinion, if any, of the court is attached:

| COPY ATTACHED<br>☐ Order    ☐ Judgment | WRITTEN OPINION ATTACHED<br>☐ Yes    ☐ No | DATE RENDERED |
|---|---|---|

| CLERK | (BY) DEPUTY CLERK | DATE |
|---|---|---|

*U.S.G.P.O. 1982-374-279

Copy 1 – Upon initiation of action, mail this copy to Register of Copyrights.

## EXHIBIT A

## AUDREY AMURAO

| IP Address: 162.83.166.67 2005-06-01 23:57:27 | CASE ID# 65821763A |
|---|---|
| | |
| P2P Network: Gnutella | Total Audio Files: 528 |

| Copyright Owner | Artist | Recording Title | Album Title | SR# |
|---|---|---|---|---|
| Lava Records LLC | Trans-Siberian Orchestra | Requiem (The Fifth) | Beethoven's Last Night | 284-961 |
| Warner Bros. Records Inc. | Linkin Park | Points Of Authority | Hybrid Theory | 288-402 |
| Capitol Records, Inc. | Richard Marx | Now and Forever | Paid Vacation | 210-246 |
| Capitol Records, Inc. | Richard Marx | Right Here Waiting | Repeat Offender | 103-712 |
| UMG Recordings, Inc. | Lost Boyz | Music Makes Me High | Legal Drug Money | 222-734 |
| SONY BMG MUSIC ENTERTAINMENT | Billy Joel | We Didn't Start the Fire | Storm Front | 109-420 |
| SONY BMG MUSIC ENTERTAINMENT | Korn | Freak On a Leash | Follow the Leader | 263-749 |
| Arista Records LLC | Outkast | Ms. Jackson | Stankonia | 306-741 |
| BMG Music | Busta Rhymes | Break Ya Neck | Genesis | 312-547 |
| Warner Bros. Records Inc. | Goo Goo Dolls | Name | A Boy Named Goo | 193-623 |
| Warner Bros. Records Inc. | Green Day | Boulevard Of Broken Dreams | American Idiot | 362-125 |
| UMG Recordings, Inc. | Ludacris | Southern Hospitality | Back For the First Time | 289-433 |
| UMG Recordings, Inc. | Erykah Badu | Next Lifetime | Baduizm | 233-364 |
| Warner Bros. Records Inc. | Disturbed | Breathe | Believe | 316-958 |

| | | | | 320-120 |
|---|---|---|---|---|
| Capitol Records, Inc. | Norah Jones | Come Away with Me | Come Away With Me | |
| UMG Recordings, Inc. | Vanessa Williams | Save the Best for Last | Comfort Zone | 141-365 |
| Warner Bros. Records Inc. | Green Day | Basket Case | Dookie | 185-457 |
| SONY BMG MUSIC ENTERTAINMENT | Babyface | When Can I See You | For The Cool In You | 184-540 |
| SONY BMG MUSIC ENTERTAINMENT | Billy Joel | It's Still Rock And Roll To Me | Glass Houses | 17-630 |
| UMG Recordings, Inc. | Musiq | Halfcrazy | Half Crazy (single) | 309-717 |
| SONY BMG MUSIC ENTERTAINMENT | Korn | Falling Away from Me | Issues | 276-133 |
| BMG Music | SWV | Weak | It's About Time | 146-905 |
| UMG Recordings, Inc. | Styx | Mr. Roboto | Kilroy Was Here | 43-129 |
| SONY BMG MUSIC ENTERTAINMENT | Gloria Estefan | Can't Stay Away From You | Let It Loose | 83-468 |
| Arista Records LLC | Dido | White Flag | Life for Rent | 340-392 |
| Warner Bros. Records Inc. | Linkin Park | Breaking the Habit | Meteora | 346-247 |
| SONY BMG MUSIC ENTERTAINMENT | Incubus | Nice to Know You | Morning View | 306-181 |
| Warner Bros. Records Inc. | Green Day | Nice Guys Finish Last | Nimrod | 244-558 |
| UMG Recordings, Inc. | Berlin | The Metro | Pleasure Victim | 43-664 |
| UMG Recordings, Inc. | Sheryl Crow | Strong Enough | Scenes From The Tuesday Night Music Club | 175-406 |
| Arista Records LLC | Sarah McLachlan | Sweet Surrender | Surfacing | 243-027 |
| BMG Music | Alicia Keys | If I Ain't Got You | The Diary of Alicia Keys | 346-869 |

7

| | | | | |
|---|---|---|---|---|
| SONY BMG MUSIC ENTERTAINMENT | Ginuwine | Differences | The Life | 296-962 |
| UMG Recordings, Inc. | Hoobastank | Out of Control | The Reason | 339-555 |
| SONY BMG MUSIC ENTERTAINMENT | The Fugees | Killing Me Softly With His Song | The Score | 222-005 |
| UMG Recordings, Inc. | Tiffany | I Think We're Alone Now | Tiffany | 83-157 |
| SONY BMG MUSIC ENTERTAINMENT | System of a Down | Aerials | Toxicity | 301-897 |
| UMG Recordings, Inc. | Weezer | Island in the Sun | Weezer (Green Album) | 297-030 |
| UMG Recordings, Inc. | Ludacris | What's Your Fantasy | What's Your Fantasy (single) | 291-558 |
| UMG Recordings, Inc. | Black Eyed Peas | Where Is The Love? | Where Is The Love? (single) | 334-303 |
| Atlantic Recording Corporation | Phil Collins | In the Air Tonight | Face Value | 24-682 |
| Atlantic Recording Corporation | Phil Collins | One More Night | One More Night (single) | 60-139 |
| Maverick Recording Company | Alanis Morissette | Head Over Feet | Jagged Little Pill | 213-545 |
| Elektra Entertainment Group Inc. | Tracy Chapman | Fast Car | Fast Car (single) | 90-386 |
| Virgin Records America, Inc. | UB40 | The Way You Do the Things You Do | Labour Of Love II | 112-173 |
| Motown Record Company, L.P. | Boyz II Men | 4 Seasons of Loneliness | Evolution | 240-088 |
| Motown Record Company, L.P. | Boyz II Men | I'll Make Love to You | I'll Make Love to You (single) | 195-914 |
| Motown Record Company, L.P. | Boyz II Men | It's So Hard to Say Goodbye to Yesterday | Cooleyhighharmony | 212-333 |
| Motown Record Company, L.P. | Boyz II Men | On Bended Knee | II | 196-004 |
| Elektra Entertainment Group Inc. | Busta Rhymes | Gimme Some More | Extinction Level Event (The Final World Front) | 269-647 |

8

| | | | | 258-724 |
|---|---|---|---|---|
| Elektra Entertainment Group Inc. | Busta Rhymes | Put Your Hands Where My Eyes Could See | When Disaster Strikes | |
| | | | | 179-190 |
| Elektra Entertainment Group Inc. | Missy Elliott | All N My Grill | Da Real World | |
| | | | | 297-686 |
| Elektra Entertainment Group Inc. | Missy Elliott | Get Your Freak On | Miss E…So Addictive | |
| | | | | 340-520 |
| Arista Records LLC | Outkast | Hey Ya! | Speakerboxxx/The Love Below | |

AO 121 (6/90)

| TO:<br><br>**Register of Copyrights**<br>**Copyright Office**<br>**Library of Congress**<br>**Washington, D.C. 20559** | **REPORT ON THE**<br>**FILING OR DETERMINATION OF AN**<br>**ACTION OR APPEAL**<br>**REGARDING A COPYRIGHT** |
|---|---|

In compliance with the provisions of 17 U.S.C. 508, you are hereby advised that a court action or appeal has been filed on the following copyright(s):

| ☒ ACTION    ~ APPEAL | COURT NAME AND LOCATION<br>**United States District Court**<br>**Southern District of New York** |
|---|---|
| DOCKET NO. | DATE FILED | **300 Quarropas Street**<br>**White Plains, NY 10601-4150** |

| PLAINTIFF<br>**LAVA RECORDS LLC; WARNER BROS. RECORDS INC.; CAPITOL RECORDS, INC.; UMG RECORDINGS, INC.; SONY BMG MUSIC ENTERTAINMENT; ARISTA RECORDS LLC; BMG MUSIC; ATLANTIC RECORDING CORPORATION; MAVERICK RECORDING COMPANY; ELEKTRA ENTERTAINMENT GROUP INC.; VIRGIN RECORDS AMERICA, INC.; and MOTOWN RECORD COMPANY, L.P.** | DEFENDANT<br><br>**AUDREY AMURAO** |
|---|---|

| COPYRIGHT<br>REGISTRATION NO. | TITLE OF WORK | AUTHOR OF WORK |
|---|---|---|
| 1 | <u>See</u> Exhibit A, attached. | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

In the above-entitled case, the following copyright(s) have been included:

| DATE INCLUDED | INCLUDED BY<br>☐ Amendment    ☐ Answer    ☐ Cross Bill    ☐ Other Pleading | |
|---|---|---|
| COPYRIGHT<br>REGISTRATION NO. | TITLE OF WORK | AUTHOR OF WORK |
| 1 | | |
| 2 | | |
| 3 | | |

In the above-entitled case, a final decision was rendered on the date entered below.  A copy of the order or judgment together with the written opinion, if any, of the court is attached:

| COPY ATTACHED<br>☐ Order   ☐ Judgment | WRITTEN OPINION ATTACHED<br>☐ Yes     ☐ No | DATE RENDERED |
|---|---|---|
| CLERK | (BY) DEPUTY CLERK | DATE |

*U.S.G.P.O. 1982-374-279

Copy 2 – Upon filing of document adding copyright(s), mail this copy to Register of Copyrights.

## EXHIBIT A

## AUDREY AMURAO

| IP Address: 162.83.166.67 2005-06-01 23:57:27 | CASE ID# 65821763A |
|---|---|
| | |
| P2P Network: Gnutella | Total Audio Files: 528 |

| Copyright Owner | Artist | Recording Title | Album Title | SR# |
|---|---|---|---|---|
| Lava Records LLC | Trans-Siberian Orchestra | Requiem (The Fifth) | Beethoven's Last Night | 284-961 |
| Warner Bros. Records Inc. | Linkin Park | Points Of Authority | Hybrid Theory | 288-402 |
| Capitol Records, Inc. | Richard Marx | Now and Forever | Paid Vacation | 210-246 |
| Capitol Records, Inc. | Richard Marx | Right Here Waiting | Repeat Offender | 103-712 |
| UMG Recordings, Inc. | Lost Boyz | Music Makes Me High | Legal Drug Money | 222-734 |
| SONY BMG MUSIC ENTERTAINMENT | Billy Joel | We Didn't Start the Fire | Storm Front | 109-420 |
| SONY BMG MUSIC ENTERTAINMENT | Korn | Freak On a Leash | Follow the Leader | 263-749 |
| Arista Records LLC | Outkast | Ms. Jackson | Stankonia | 306-741 |
| BMG Music | Busta Rhymes | Break Ya Neck | Genesis | 312-547 |
| Warner Bros. Records Inc. | Goo Goo Dolls | Name | A Boy Named Goo | 193-623 |
| Warner Bros. Records Inc. | Green Day | Boulevard Of Broken Dreams | American Idiot | 362-125 |
| UMG Recordings, Inc. | Ludacris | Southern Hospitality | Back For the First Time | 289-433 |
| UMG Recordings, Inc. | Erykah Badu | Next Lifetime | Baduizm | 233-364 |
| Warner Bros. Records Inc. | Disturbed | Breathe | Believe | 316-958 |

| | | | | |
|---|---|---|---|---|
| Capitol Records, Inc. | Norah Jones | Come Away with Me | Come Away With Me | 320-120 |
| UMG Recordings, Inc. | Vanessa Williams | Save the Best for Last | Comfort Zone | 141-365 |
| Warner Bros. Records Inc. | Green Day | Basket Case | Dookie | 185-457 |
| SONY BMG MUSIC ENTERTAINMENT | Babyface | When Can I See You | For The Cool In You | 184-540 |
| SONY BMG MUSIC ENTERTAINMENT | Billy Joel | It's Still Rock And Roll To Me | Glass Houses | 17-630 |
| UMG Recordings, Inc. | Musiq | Halfcrazy | Half Crazy (single) | 309-717 |
| SONY BMG MUSIC ENTERTAINMENT | Korn | Falling Away from Me | Issues | 276-133 |
| BMG Music | SWV | Weak | It's About Time | 146-905 |
| UMG Recordings, Inc. | Styx | Mr. Roboto | Kilroy Was Here | 43-129 |
| SONY BMG MUSIC ENTERTAINMENT | Gloria Estefan | Can't Stay Away From You | Let It Loose | 83-468 |
| Arista Records LLC | Dido | White Flag | Life for Rent | 340-392 |
| Warner Bros. Records Inc. | Linkin Park | Breaking the Habit | Meteora | 346-247 |
| SONY BMG MUSIC ENTERTAINMENT | Incubus | Nice to Know You | Morning View | 306-181 |
| Warner Bros. Records Inc. | Green Day | Nice Guys Finish Last | Nimrod | 244-558 |
| UMG Recordings, Inc. | Berlin | The Metro | Pleasure Victim | 43-664 |
| UMG Recordings, Inc. | Sheryl Crow | Strong Enough | Scenes From The Tuesday Night Music Club | 175-406 |
| Arista Records LLC | Sarah McLachlan | Sweet Surrender | Surfacing | 243-027 |
| BMG Music | Alicia Keys | If I Ain't Got You | The Diary of Alicia Keys | 346-869 |

| | | | | 296-962 |
|---|---|---|---|---|
| SONY BMG MUSIC ENTERTAINMENT | Ginuwine Hoobastank | Differences | The Life | |
| | | | | 339-555 |
| UMG Recordings, Inc. | | Out of Control | The Reason | |
| | | | | 222-005 |
| SONY BMG MUSIC ENTERTAINMENT | The Fugees | Killing Me Softly With His Song | The Score | |
| | | | | 83-157 |
| UMG Recordings, Inc. | Tiffany | I Think We're Alone Now | Tiffany | |
| | | | | 301-897 |
| SONY BMG MUSIC ENTERTAINMENT | System of a Down | Aerials | Toxicity | |
| | | | | 297-030 |
| UMG Recordings, Inc. | Weezer | Island in the Sun | Weezer (Green Album) | |
| | | | | 291-558 |
| UMG Recordings, Inc. | Ludacris | What's Your Fantasy | What's Your Fantasy (single) | |
| | | | | 334-303 |
| UMG Recordings, Inc. | Black Eyed Peas | Where Is The Love? | Where Is The Love? (single) | |
| | | | | 24-682 |
| Atlantic Recording Corporation | Phil Collins | In the Air Tonight | Face Value | |
| | | | | 60-139 |
| Atlantic Recording Corporation | Phil Collins | One More Night | One More Night (single) | |
| | | | | 213-545 |
| Maverick Recording Company | Alanis Morissette | Head Over Feet | Jagged Little Pill | |
| | | | | 90-386 |
| Elektra Entertainment Group Inc. | Tracy Chapman | Fast Car | Fast Car (single) | |
| | | | | 112-173 |
| Virgin Records America, Inc. | UB40 | The Way You Do the Things You Do | Labour Of Love II | |
| | | | | 240-088 |
| Motown Record Company, L.P. | Boyz II Men | 4 Seasons of Loneliness | Evolution | |
| | | | | 195-914 |
| Motown Record Company, L.P. | Boyz II Men | I'll Make Love to You | I'll Make Love to You (single) | |
| | | | | 212-333 |
| Motown Record Company, L.P. | Boyz II Men | It's So Hard to Say Goodbye to Yesterday | Cooleyhighharm ony | |
| | | | | 196-004 |
| Motown Record Company, L.P. | Boyz II Men | On Bended Knee | II | |
| | | | | 269-647 |
| Elektra Entertainment Group Inc. | Busta Rhymes | Gimme Some More | Extinction Level Event (The Final World Front) | |

13

| | | | | 258-724 |
|---|---|---|---|---|
| Elektra Entertainment Group Inc. | Busta Rhymes | Put Your Hands Where My Eyes Could See | When Disaster Strikes | |
| | | | | 179-190 |
| Elektra Entertainment Group Inc. | Missy Elliott | All N My Grill | Da Real World | |
| | | | | 297-686 |
| Elektra Entertainment Group Inc. | Missy Elliott | Get Your Freak On | Miss E...So Addictive | |
| | | | | 340-520 |
| Arista Records LLC | Outkast | Hey Ya! | Speakerboxxx/The Love Below | |

14

AO 121 (6/90)

| TO: | | |
|---|---|---|
| | **Register of Copyrights**<br>**Copyright Office**<br>**Library of Congress**<br>**Washington, D.C. 20559** | **REPORT ON THE**<br>**FILING OR DETERMINATION OF AN**<br>**ACTION OR APPEAL**<br>**REGARDING A COPYRIGHT** |

In compliance with the provisions of 17 U.S.C. 508, you are hereby advised that a court action or appeal has been filed on the following copyright(s):

| ☒ ACTION ~ APPEAL | | COURT NAME AND LOCATION<br>**United States District Court**<br>**Southern District of New York**<br>**300 Quarropas Street**<br>**White Plains, NY 10601-4150** |
|---|---|---|
| DOCKET NO. | DATE FILED | |

| PLAINTIFF<br>**LAVA RECORDS LLC; WARNER BROS. RECORDS INC.; CAPITOL RECORDS, INC.; UMG RECORDINGS, INC.; SONY BMG MUSIC ENTERTAINMENT; ARISTA RECORDS LLC; BMG MUSIC; ATLANTIC RECORDING CORPORATION; MAVERICK RECORDING COMPANY; ELEKTRA ENTERTAINMENT GROUP INC.; VIRGIN RECORDS AMERICA, INC.; and MOTOWN RECORD COMPANY, L.P.** | | DEFENDANT<br>**AUDREY AMURAO** |
|---|---|---|
| **COPYRIGHT REGISTRATION NO.** | **TITLE OF WORK** | **AUTHOR OF WORK** |
| 1 | <u>See</u> Exhibit A, attached. | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

In the above-entitled case, the following copyright(s) have been included:

| DATE INCLUDED | INCLUDED BY<br>☐ Amendment    ☐ Answer    ☐ Cross Bill    ☐ Other Pleading | |
|---|---|---|
| **COPYRIGHT REGISTRATION NO.** | **TITLE OF WORK** | **AUTHOR OF WORK** |
| 1 | | |
| 2 | | |
| 3 | | |

In the above-entitled case, a final decision was rendered on the date entered below. A copy of the order or judgment together with the written opinion, if any, of the court is attached:

| COPY ATTACHED<br>☐ Order    ☐ Judgment | WRITTEN OPINION ATTACHED<br>☐ Yes    ☐ No | DATE RENDERED |
|---|---|---|
| CLERK | (BY) DEPUTY CLERK | DATE |

*U.S.G.P.O. 1982-374-279

Copy 3 – Upon termination of action, mail this copy to Register of Copyrights.

## EXHIBIT A

## AUDREY AMURAO

| IP Address: 162.83.166.67 2005-06-01 23:57:27 | CASE ID# 65821763A |
|---|---|
| | |
| P2P Network: Gnutella | Total Audio Files: 528 |

| Copyright Owner | Artist | Recording Title | Album Title | SR# |
|---|---|---|---|---|
| Lava Records LLC | Trans-Siberian Orchestra | Requiem (The Fifth) | Beethoven's Last Night | 284-961 |
| Warner Bros. Records Inc. | Linkin Park | Points Of Authority | Hybrid Theory | 288-402 |
| Capitol Records, Inc. | Richard Marx | Now and Forever | Paid Vacation | 210-246 |
| Capitol Records, Inc. | Richard Marx | Right Here Waiting | Repeat Offender | 103-712 |
| UMG Recordings, Inc. | Lost Boyz | Music Makes Me High | Legal Drug Money | 222-734 |
| SONY BMG MUSIC ENTERTAINMENT | Billy Joel | We Didn't Start the Fire | Storm Front | 109-420 |
| SONY BMG MUSIC ENTERTAINMENT | Korn | Freak On a Leash | Follow the Leader | 263-749 |
| Arista Records LLC | Outkast | Ms. Jackson | Stankonia | 306-741 |
| BMG Music | Busta Rhymes | Break Ya Neck | Genesis | 312-547 |
| Warner Bros. Records Inc. | Goo Goo Dolls | Name | A Boy Named Goo | 193-623 |
| Warner Bros. Records Inc. | Green Day | Boulevard Of Broken Dreams | American Idiot | 362-125 |
| UMG Recordings, Inc. | Ludacris | Southern Hospitality | Back For the First Time | 289-433 |
| UMG Recordings, Inc. | Erykah Badu | Next Lifetime | Baduizm | 233-364 |
| Warner Bros. Records Inc. | Disturbed | Breathe | Believe | 316-958 |

| | | | | 320-120 |
|---|---|---|---|---|
| Capitol Records, Inc. | Norah Jones | Come Away with Me | Come Away With Me | |
| | | | | 141-365 |
| UMG Recordings, Inc. | Vanessa Williams | Save the Best for Last | Comfort Zone | |
| | | | | 185-457 |
| Warner Bros. Records Inc. | Green Day | Basket Case | Dookie | |
| | | | | 184-540 |
| SONY BMG MUSIC ENTERTAINMENT | Babyface | When Can I See You | For The Cool In You | |
| | | | | 17-630 |
| SONY BMG MUSIC ENTERTAINMENT | Billy Joel | It's Still Rock And Roll To Me | Glass Houses | |
| | | | | 309-717 |
| UMG Recordings, Inc. | Musiq | Halfcrazy | Half Crazy (single) | |
| | | | | 276-133 |
| SONY BMG MUSIC ENTERTAINMENT | Korn | Falling Away from Me | Issues | |
| | | | | 146-905 |
| BMG Music | SWV | Weak | It's About Time | |
| UMG Recordings, Inc. | Styx | Mr. Roboto | Kilroy Was Here | 43-129 |
| SONY BMG MUSIC ENTERTAINMENT | Gloria Estefan | Can't Stay Away From You | Let It Loose | 83-468 |
| | | | | 340-392 |
| Arista Records LLC | Dido | White Flag | Life for Rent | |
| | | | | 346-247 |
| Warner Bros. Records Inc. | Linkin Park | Breaking the Habit | Meteora | |
| | | | | 306-181 |
| SONY BMG MUSIC ENTERTAINMENT | Incubus | Nice to Know You | Morning View | |
| | | | | 244-558 |
| Warner Bros. Records Inc. | Green Day | Nice Guys Finish Last | Nimrod | |
| | | | | 43-664 |
| UMG Recordings, Inc. | Berlin | The Metro | Pleasure Victim | |
| UMG Recordings, Inc. | Sheryl Crow | Strong Enough | Scenes From The Tuesday Night Music Club | 175-406 |
| | | | | 243-027 |
| Arista Records LLC | Sarah McLachlan | Sweet Surrender | Surfacing | |
| | | | | 346-869 |
| BMG Music | Alicia Keys | If I Ain't Got You | The Diary of Alicia Keys | |

17

| | | | | 296-962 |
|---|---|---|---|---|
| SONY BMG MUSIC ENTERTAINMENT | Ginuwine Hoobastank | Differences | The Life | |
| | | | | 339-555 |
| UMG Recordings, Inc. | | Out of Control | The Reason | |
| | | | | 222-005 |
| SONY BMG MUSIC ENTERTAINMENT | The Fugees | Killing Me Softly With His Song | The Score | |
| | | | | 83-157 |
| UMG Recordings, Inc. | Tiffany | I Think We're Alone Now | Tiffany | |
| | | | | 301-897 |
| SONY BMG MUSIC ENTERTAINMENT | System of a Down | Aerials | Toxicity | |
| | | | | 297-030 |
| UMG Recordings, Inc. | Weezer | Island in the Sun | Weezer (Green Album) | |
| | | | | 291-558 |
| UMG Recordings, Inc. | Ludacris | What's Your Fantasy | What's Your Fantasy (single) | |
| | | | | 334-303 |
| UMG Recordings, Inc. | Black Eyed Peas | Where Is The Love? | Where Is The Love? (single) | |
| | | | | 24-682 |
| Atlantic Recording Corporation | Phil Collins | In the Air Tonight | Face Value | |
| | | | | 60-139 |
| Atlantic Recording Corporation | Phil Collins | One More Night | One More Night (single) | |
| | | | | 213-545 |
| Maverick Recording Company | Alanis Morissette | Head Over Feet | Jagged Little Pill | |
| | | | | 90-386 |
| Elektra Entertainment Group Inc. | Tracy Chapman | Fast Car | Fast Car (single) | |
| | | | | 112-173 |
| Virgin Records America, Inc. | UB40 | The Way You Do the Things You Do | Labour Of Love II | |
| | | | | 240-088 |
| Motown Record Company, L.P. | Boyz II Men | 4 Seasons of Loneliness | Evolution | |
| | | | | 195-914 |
| Motown Record Company, L.P. | Boyz II Men | I'll Make Love to You | I'll Make Love to You (single) | |
| | | | | 212-333 |
| Motown Record Company, L.P. | Boyz II Men | It's So Hard to Say Goodbye to Yesterday | Cooleyhighharmony | |
| | | | | 196-004 |
| Motown Record Company, L.P. | Boyz II Men | On Bended Knee | II | |
| Elektra Entertainment Group Inc. | Busta Rhymes | Gimme Some More | Extinction Level Event (The Final World Front) | 269-647 |

18

| | | | | 258-724 |
|---|---|---|---|---|
| Elektra Entertainment Group Inc. | Busta Rhymes | Put Your Hands Where My Eyes Could See | When Disaster Strikes | |
| | | | | 179-190 |
| Elektra Entertainment Group Inc. | Missy Elliott | All N My Grill | Da Real World | |
| | | | | 297-686 |
| Elektra Entertainment Group Inc. | Missy Elliott | Get Your Freak On | Miss E...So Addictive | |
| | | | | 340-520 |
| Arista Records LLC | Outkast | Hey Ya! | Speakerboxxx/The Love Below | |

19

AO 121 (6/90)

| TO: | | |
|---|---|---|
| **Register of Copyrights**<br>**Copyright Office**<br>**Library of Congress**<br>**Washington, D.C. 20559** | | **REPORT ON THE**<br>**FILING OR DETERMINATION OF AN**<br>**ACTION OR APPEAL**<br>**REGARDING A COPYRIGHT** |

In compliance with the provisions of 17 U.S.C. 508, you are hereby advised that a court action or appeal has been filed on the following copyright(s):

| ☒ ACTION     ~ APPEAL | COURT NAME AND LOCATION<br>**United States District Court**<br>**Southern District of New York** |
|---|---|
| DOCKET NO. | DATE FILED | **300 Quarropas Street**<br>**White Plains, NY 10601-4150** |

| PLAINTIFF<br>**LAVA RECORDS LLC; WARNER BROS. RECORDS INC.; CAPITOL RECORDS, INC.; UMG RECORDINGS, INC.; SONY BMG MUSIC ENTERTAINMENT; ARISTA RECORDS LLC; BMG MUSIC; ATLANTIC RECORDING CORPORATION; MAVERICK RECORDING COMPANY; ELEKTRA ENTERTAINMENT GROUP INC.; VIRGIN RECORDS AMERICA, INC.; and MOTOWN RECORD COMPANY, L.P.** | DEFENDANT<br>**AUDREY AMURAO** |
|---|---|

| COPYRIGHT<br>REGISTRATION NO. | TITLE OF WORK | AUTHOR OF WORK |
|---|---|---|
| 1 | <u>See</u> Exhibit A, attached. | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

In the above-entitled case, the following copyright(s) have been included:

| DATE INCLUDED | INCLUDED BY<br>☐ Amendment     ☐ Answer     ☐ Cross Bill     ☐ Other Pleading | |
|---|---|---|
| COPYRIGHT<br>REGISTRATION NO. | TITLE OF WORK | AUTHOR OF WORK |
| 1 | | |
| 2 | | |
| 3 | | |

In the above-entitled case, a final decision was rendered on the date entered below.  A copy of the order or judgment together with the written opinion, if any, of the court is attached:

| COPY ATTACHED<br>☐ Order   ☐ Judgment | WRITTEN OPINION ATTACHED<br>☐ Yes   ☐ No | DATE RENDERED |
|---|---|---|
| CLERK | (BY) DEPUTY CLERK | DATE |

*U.S.G.P.O. 1982-374-279

Copy 4 — In the event of an appeal, forward this copy to the Appellate Court so they can prepare a new A0 279 for the appeal.

## EXHIBIT A

## AUDREY AMURAO

| IP Address: 162.83.166.67 2005-06-01 23:57:27 | CASE ID# 65821763A |
| | |
| P2P Network: Gnutella | Total Audio Files: 528 |

| Copyright Owner | Artist | Recording Title | Album Title | SR# |
|---|---|---|---|---|
| Lava Records LLC | Trans-Siberian Orchestra | Requiem (The Fifth) | Beethoven's Last Night | 284-961 |
| Warner Bros. Records Inc. | Linkin Park | Points Of Authority | Hybrid Theory | 288-402 |
| Capitol Records, Inc. | Richard Marx | Now and Forever | Paid Vacation | 210-246 |
| Capitol Records, Inc. | Richard Marx | Right Here Waiting | Repeat Offender | 103-712 |
| UMG Recordings, Inc. | Lost Boyz | Music Makes Me High | Legal Drug Money | 222-734 |
| SONY BMG MUSIC ENTERTAINMENT | Billy Joel | We Didn't Start the Fire | Storm Front | 109-420 |
| SONY BMG MUSIC ENTERTAINMENT | Korn | Freak On a Leash | Follow the Leader | 263-749 |
| Arista Records LLC | Outkast | Ms. Jackson | Stankonia | 306-741 |
| BMG Music | Busta Rhymes | Break Ya Neck | Genesis | 312-547 |
| Warner Bros. Records Inc. | Goo Goo Dolls | Name | A Boy Named Goo | 193-623 |
| Warner Bros. Records Inc. | Green Day | Boulevard Of Broken Dreams | American Idiot | 362-125 |
| UMG Recordings, Inc. | Ludacris | Southern Hospitality | Back For the First Time | 289-433 |
| UMG Recordings, Inc. | Erykah Badu | Next Lifetime | Baduizm | 233-364 |
| Warner Bros. Records Inc. | Disturbed | Breathe | Believe | 316-958 |

| | | | | 320-120 |
|---|---|---|---|---|
| Capitol Records, Inc. | Norah Jones | Come Away with Me | Come Away With Me | |
| | | | | 141-365 |
| UMG Recordings, Inc. | Vanessa Williams | Save the Best for Last | Comfort Zone | |
| | | | | 185-457 |
| Warner Bros. Records Inc. | Green Day | Basket Case | Dookie | |
| | | | | 184-540 |
| SONY BMG MUSIC ENTERTAINMENT | Babyface | When Can I See You | For The Cool In You | |
| | | | | 17-630 |
| SONY BMG MUSIC ENTERTAINMENT | Billy Joel | It's Still Rock And Roll To Me | Glass Houses | |
| | | | | 309-717 |
| UMG Recordings, Inc. | Musiq | Halfcrazy | Half Crazy (single) | |
| | | | | 276-133 |
| SONY BMG MUSIC ENTERTAINMENT | Korn | Falling Away from Me | Issues | |
| | | | | 146-905 |
| BMG Music | SWV | Weak | It's About Time | |
| UMG Recordings, Inc. | Styx | Mr. Roboto | Kilroy Was Here | 43-129 |
| SONY BMG MUSIC ENTERTAINMENT | Gloria Estefan | Can't Stay Away From You | Let It Loose | 83-468 |
| | | | | 340-392 |
| Arista Records LLC | Dido | White Flag | Life for Rent | |
| | | | | 346-247 |
| Warner Bros. Records Inc. | Linkin Park | Breaking the Habit | Meteora | |
| | | | | 306-181 |
| SONY BMG MUSIC ENTERTAINMENT | Incubus | Nice to Know You | Morning View | |
| | | | | 244-558 |
| Warner Bros. Records Inc. | Green Day | Nice Guys Finish Last | Nimrod | |
| | | | | 43-664 |
| UMG Recordings, Inc. | Berlin | The Metro | Pleasure Victim | |
| UMG Recordings, Inc. | Sheryl Crow | Strong Enough | Scenes From The Tuesday Night Music Club | 175-406 |
| | | | | 243-027 |
| Arista Records LLC | Sarah McLachlan | Sweet Surrender | Surfacing | |
| | | | | 346-869 |
| BMG Music | Alicia Keys | If I Ain't Got You | The Diary of Alicia Keys | |

| | | | | 296-962 |
|---|---|---|---|---|
| SONY BMG MUSIC ENTERTAINMENT | Ginuwine Hoobastank | Differences | The Life | 339-555 |
| UMG Recordings, Inc. | | Out of Control | The Reason | 222-005 |
| SONY BMG MUSIC ENTERTAINMENT | The Fugees | Killing Me Softly With His Song | The Score | 83-157 |
| UMG Recordings, Inc. | Tiffany | I Think We're Alone Now | Tiffany | 301-897 |
| SONY BMG MUSIC ENTERTAINMENT | System of a Down | Aerials | Toxicity | 297-030 |
| UMG Recordings, Inc. | Weezer | Island in the Sun | Weezer (Green Album) | 291-558 |
| UMG Recordings, Inc. | Ludacris | What's Your Fantasy | What's Your Fantasy (single) | 334-303 |
| UMG Recordings, Inc. | Black Eyed Peas | Where Is The Love? | Where Is The Love? (single) | 24-682 |
| Atlantic Recording Corporation | Phil Collins | In the Air Tonight | Face Value | 60-139 |
| Atlantic Recording Corporation | Phil Collins | One More Night | One More Night (single) | 213-545 |
| Maverick Recording Company | Alanis Morissette | Head Over Feet | Jagged Little Pill | 90-386 |
| Elektra Entertainment Group Inc. | Tracy Chapman | Fast Car | Fast Car (single) | 112-173 |
| Virgin Records America, Inc. | UB40 | The Way You Do the Things You Do | Labour Of Love II | 240-088 |
| Motown Record Company, L.P. | Boyz II Men | 4 Seasons of Loneliness | Evolution | 195-914 |
| Motown Record Company, L.P. | Boyz II Men | I'll Make Love to You | I'll Make Love to You (single) | 212-333 |
| Motown Record Company, L.P. | Boyz II Men | It's So Hard to Say Goodbye to Yesterday | Cooleyhighharmony | 196-004 |
| Motown Record Company, L.P. | Boyz II Men | On Bended Knee | II | 269-647 |
| Elektra Entertainment Group Inc. | Busta Rhymes | Gimme Some More | Extinction Level Event (The Final World Front) | |

23

| | | | | |
|---|---|---|---|---|
| | | | | 258-724 |
| Elektra Entertainment Group Inc. | Busta Rhymes | Put Your Hands Where My Eyes Could See | When Disaster Strikes | |
| | | | | 179-190 |
| Elektra Entertainment Group Inc. | Missy Elliott | All N My Grill | Da Real World | |
| | | | | 297-686 |
| Elektra Entertainment Group Inc. | Missy Elliott | Get Your Freak On | Miss E...So Addictive | |
| | | | | 340-520 |
| Arista Records LLC | Outkast | Hey Ya! | Speakerboxxx/The Love Below | |

AO 121 (6/90)

| TO:<br><br>**Register of Copyrights**<br>**Copyright Office**<br>**Library of Congress**<br>**Washington, D.C. 20559** | **REPORT ON THE**<br>**FILING OR DETERMINATION OF AN**<br>**ACTION OR APPEAL**<br>**REGARDING A COPYRIGHT** |
|---|---|

In compliance with the provisions of 17 U.S.C. 508, you are hereby advised that a court action or appeal has been filed on the following copyright(s):

| ☒ ACTION      ~ APPEAL | COURT NAME AND LOCATION<br>**United States District Court**<br>**Southern District of New York** |
|---|---|
| DOCKET NO. | DATE FILED | **300 Quarropas Street**<br>**White Plains, NY 10601-4150** |

| PLAINTIFF<br>LAVA RECORDS LLC; WARNER BROS. RECORDS INC.; CAPITOL RECORDS, INC.; UMG RECORDINGS, INC.; SONY BMG MUSIC ENTERTAINMENT; ARISTA RECORDS LLC; BMG MUSIC; ATLANTIC RECORDING CORPORATION; MAVERICK RECORDING COMPANY; ELEKTRA ENTERTAINMENT GROUP INC.; VIRGIN RECORDS AMERICA, INC.; and MOTOWN RECORD COMPANY, L.P. | DEFENDANT<br>AUDREY AMURAO |
|---|---|

| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OF WORK |
|---|---|---|
| 1 | <u>See</u> Exhibit A, attached. | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

In the above-entitled case, the following copyright(s) have been included:

| DATE INCLUDED | INCLUDED BY<br>☐ Amendment      ☐ Answer      ☐ Cross Bill      ☐ Other Pleading |
|---|---|

| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OF WORK |
|---|---|---|
| 1 | | |
| 2 | | |
| 3 | | |

In the above-entitled case, a final decision was rendered on the date entered below.  A copy of the order or judgment together with the written opinion, if any, of the court is attached:

| COPY ATTACHED<br>☐ Order   ☐ Judgment | WRITTEN OPINION ATTACHED<br>☐ Yes      ☐ No | DATE RENDERED |
|---|---|---|
| CLERK | (BY) DEPUTY CLERK | DATE |

*U.S.G.P.O. 1982-374-279

Copy 5 -- Case file copy.

## EXHIBIT A

## AUDREY AMURAO

| IP Address: 162.83.166.67 2005-06-01 23:57:27 | CASE ID# 65821763A |
| --- | --- |
| | |
| P2P Network: Gnutella | Total Audio Files: 528 |

| Copyright Owner | Artist | Recording Title | Album Title | SR# |
| --- | --- | --- | --- | --- |
| Lava Records LLC | Trans-Siberian Orchestra | Requiem (The Fifth) | Beethoven's Last Night | 284-961 |
| Warner Bros. Records Inc. | Linkin Park | Points Of Authority | Hybrid Theory | 288-402 |
| Capitol Records, Inc. | Richard Marx | Now and Forever | Paid Vacation | 210-246 |
| Capitol Records, Inc. | Richard Marx | Right Here Waiting | Repeat Offender | 103-712 |
| UMG Recordings, Inc. | Lost Boyz | Music Makes Me High | Legal Drug Money | 222-734 |
| SONY BMG MUSIC ENTERTAINMENT | Billy Joel | We Didn't Start the Fire | Storm Front | 109-420 |
| SONY BMG MUSIC ENTERTAINMENT | Korn | Freak On a Leash | Follow the Leader | 263-749 |
| Arista Records LLC | Outkast | Ms. Jackson | Stankonia | 306-741 |
| BMG Music | Busta Rhymes | Break Ya Neck | Genesis | 312-547 |
| Warner Bros. Records Inc. | Goo Goo Dolls | Name | A Boy Named Goo | 193-623 |
| Warner Bros. Records Inc. | Green Day | Boulevard Of Broken Dreams | American Idiot | 362-125 |
| UMG Recordings, Inc. | Ludacris | Southern Hospitality | Back For the First Time | 289-433 |
| UMG Recordings, Inc. | Erykah Badu | Next Lifetime | Baduizm | 233-364 |
| Warner Bros. Records Inc. | Disturbed | Breathe | Believe | 316-958 |

| Record Company | Artist | Recording | Album | Reg. No. |
|---|---|---|---|---|
| Capitol Records, Inc. | Norah Jones | Come Away with Me | Come Away With Me | 320-120 |
| UMG Recordings, Inc. | Vanessa Williams | Save the Best for Last | Comfort Zone | 141-365 |
| Warner Bros. Records Inc. | Green Day | Basket Case | Dookie | 185-457 |
| SONY BMG MUSIC ENTERTAINMENT | Babyface | When Can I See You | For The Cool In You | 184-540 |
| SONY BMG MUSIC ENTERTAINMENT | Billy Joel | It's Still Rock And Roll To Me | Glass Houses | 17-630 |
| UMG Recordings, Inc. | Musiq | Halfcrazy | Half Crazy (single) | 309-717 |
| SONY BMG MUSIC ENTERTAINMENT | Korn | Falling Away from Me | Issues | 276-133 |
| BMG Music | SWV | Weak | It's About Time | 146-905 |
| UMG Recordings, Inc. | Styx | Mr. Roboto | Kilroy Was Here | 43-129 |
| SONY BMG MUSIC ENTERTAINMENT | Gloria Estefan | Can't Stay Away From You | Let It Loose | 83-468 |
| Arista Records LLC | Dido | White Flag | Life for Rent | 340-392 |
| Warner Bros. Records Inc. | Linkin Park | Breaking the Habit | Meteora | 346-247 |
| SONY BMG MUSIC ENTERTAINMENT | Incubus | Nice to Know You | Morning View | 306-181 |
| Warner Bros. Records Inc. | Green Day | Nice Guys Finish Last | Nimrod | 244-558 |
| UMG Recordings, Inc. | Berlin | The Metro | Pleasure Victim | 43-664 |
| UMG Recordings, Inc. | Sheryl Crow | Strong Enough | Scenes From The Tuesday Night Music Club | 175-406 |
| Arista Records LLC | Sarah McLachlan | Sweet Surrender | Surfacing | 243-027 |
| BMG Music | Alicia Keys | If I Ain't Got You | The Diary of Alicia Keys | 346-869 |

27

| | | | | |
|---|---|---|---|---|
| SONY BMG MUSIC ENTERTAINMENT | Ginuwine Hoobastank | Differences | The Life | 296-962 339-555 |
| UMG Recordings, Inc. | | Out of Control | The Reason | 222-005 |
| SONY BMG MUSIC ENTERTAINMENT | The Fugees | Killing Me Softly With His Song | The Score | 83-157 |
| UMG Recordings, Inc. | Tiffany | I Think We're Alone Now | Tiffany | 301-897 |
| SONY BMG MUSIC ENTERTAINMENT | System of a Down | Aerials | Toxicity | 297-030 |
| UMG Recordings, Inc. | Weezer | Island in the Sun | Weezer (Green Album) | 291-558 |
| UMG Recordings, Inc. | Ludacris | What's Your Fantasy | What's Your Fantasy (single) | 334-303 |
| UMG Recordings, Inc. | Black Eyed Peas | Where Is The Love? | Where Is The Love? (single) | 24-682 |
| Atlantic Recording Corporation | Phil Collins | In the Air Tonight | Face Value | 60-139 |
| Atlantic Recording Corporation | Phil Collins | One More Night | One More Night (single) | 213-545 |
| Maverick Recording Company | Alanis Morissette | Head Over Feet | Jagged Little Pill | 90-386 |
| Elektra Entertainment Group Inc. | Tracy Chapman | Fast Car | Fast Car (single) | 112-173 |
| Virgin Records America, Inc. | UB40 | The Way You Do the Things You Do | Labour Of Love II | 240-088 |
| Motown Record Company, L.P. | Boyz II Men | 4 Seasons of Loneliness | Evolution | 195-914 |
| Motown Record Company, L.P. | Boyz II Men | I'll Make Love to You | I'll Make Love to You (single) | 212-333 |
| Motown Record Company, L.P. | Boyz II Men | It's So Hard to Say Goodbye to Yesterday | Cooleyhighharmony | 196-004 |
| Motown Record Company, L.P. | Boyz II Men | On Bended Knee | II | 269-647 |
| Elektra Entertainment Group Inc. | Busta Rhymes | Gimme Some More | Extinction Level Event (The Final World Front) | |

28

| | | | | |
|---|---|---|---|---|
| | | | | 258-724 |
| Elektra Entertainment Group Inc. | Busta Rhymes | Put Your Hands Where My Eyes Could See | When Disaster Strikes | |
| | | | | 179-190 |
| Elektra Entertainment Group Inc. | Missy Elliott | All N My Grill | Da Real World | |
| | | | | 297-686 |
| Elektra Entertainment Group Inc. | Missy Elliott | Get Your Freak On | Miss E…So Addictive | |
| | | | | 340-520 |
| Arista Records LLC | Outkast | Hey Ya! | Speakerboxxx/The Love Below | |

# Exhibit B

Amurao.Audrey - Exhibit B.txt
Log for User at address 162.83.166.67:6348 generated on 6/1/2005 11:57:27 PM EDT
(-0400 GMT)
Total Files: 812
------------------------------
Total Audio Files: 528
Total Video Files: 1
Total Software Files: 3
Total Document Files: 130
------------------------------
Total Matched Files: 41
Total Distinct Matches: 29


FileName: Autism.rtf (20,709 bytes)
FileName: Discussion Leader Presentation.doc (32,028 bytes)
FileName: Educational Impact of Autism.rtf (11,943 bytes)
FileName: First Day Ideas..doc (98,304 bytes)
FileName: Install_AIM.exe (4,465,296 bytes)
FileName: LimeWireWin.exe (5,997,080 bytes)
FileName: Resume.doc (30,549 bytes)
FileName: winamp506_silvertide.exe (8,263,096 bytes)
FileName: events.txt (33 bytes)
FileName: events.txt (208 bytes)
FileName: events.txt (68 bytes)
FileName: events.txt (136 bytes)
FileName: events.txt (33 bytes)
FileName: events.txt (35 bytes)
FileName: events.txt (172 bytes)
FileName: 2005-05-28 [Saturday].htm (4,169 bytes)
FileName: events.txt (379 bytes)
FileName: events.txt (105 bytes)
FileName: events.txt (71 bytes)
FileName: events.txt (33 bytes)
FileName: events.txt (103 bytes)
FileName: events.txt (100 bytes)
FileName: events.txt (36 bytes)
FileName: 2005-05-28 [Saturday].htm (32,604 bytes)
FileName: events.txt (210 bytes)
FileName: events.txt (107 bytes)
FileName: events.txt (69 bytes)
FileName: events.txt (243 bytes)
FileName: events.txt (630 bytes)
FileName: events.txt (139 bytes)
FileName: events.txt (104 bytes)
FileName: events.txt (209 bytes)
FileName: events.txt (35 bytes)
FileName: events.txt (35 bytes)
FileName: events.txt (69 bytes)
FileName: events.txt (174 bytes)
FileName: events.txt (69 bytes)
FileName: events.txt (173 bytes)
FileName: events.txt (69 bytes)
FileName: events.txt (104 bytes)
FileName: events.txt (69 bytes)
FileName: events.txt (36 bytes)
FileName: events.txt (67 bytes)
FileName: events.txt (33 bytes)
FileName: events.txt (70 bytes)
FileName: events.txt (106 bytes)
FileName: events.txt (70 bytes)
FileName: events.txt (104 bytes)
FileName: events.txt (71 bytes)
FileName: events.txt (138 bytes)

```
                          Amurao.Audrey - Exhibit B.txt
FileName: events.txt (209 bytes)
FileName: events.txt (71 bytes)
FileName: events.txt (694 bytes)
FileName: events.txt (69 bytes)
FileName: events.txt (247 bytes)
FileName: events.txt (34 bytes)
FileName: 2005-05-28 [Saturday].htm (16,304 bytes)
FileName: events.txt (105 bytes)
FileName: events.txt (69 bytes)
FileName: events.txt (71 bytes)
FileName: events.txt (70 bytes)
FileName: events.txt (71 bytes)
FileName: events.txt (71 bytes)
FileName: events.txt (34 bytes)
FileName: events.txt (139 bytes)
FileName: events.txt (138 bytes)
FileName: events.txt (71 bytes)
FileName: events.txt (33 bytes)
FileName: events.txt (35 bytes)
FileName: events.txt (204 bytes)
FileName: events.txt (102 bytes)
FileName: events.txt (142 bytes)
FileName: events.txt (35 bytes)
FileName: events.txt (274 bytes)
FileName: events.txt (67 bytes)
FileName: events.txt (35 bytes)
FileName: events.txt (33 bytes)
FileName: events.txt (210 bytes)
FileName: events.txt (36 bytes)
FileName: events.txt (244 bytes)
FileName: events.txt (169 bytes)
FileName: events.txt (103 bytes)
FileName: events.txt (138 bytes)
FileName: events.txt (70 bytes)
FileName: events.txt (103 bytes)
FileName: events.txt (34 bytes)
FileName: events.txt (141 bytes)
FileName: events.txt (71 bytes)
FileName: events.txt (70 bytes)
FileName: events.txt (71 bytes)
FileName: events.txt (71 bytes)
FileName: events.txt (138 bytes)
FileName: events.txt (1,250 bytes)
FileName: events.txt (208 bytes)
FileName: events.txt (105 bytes)
FileName: events.txt (67 bytes)
FileName: events.txt (206 bytes)
FileName: events.txt (141 bytes)
FileName: events.txt (36 bytes)
FileName: events.txt (106 bytes)
FileName: events.txt (35 bytes)
FileName: events.txt (104 bytes)
FileName: events.txt (104 bytes)
FileName: events.txt (70 bytes)
FileName: events.txt (35 bytes)
FileName: 2005-03-17 [Thursday].htm (7,449 bytes)
FileName: events.txt (69 bytes)
FileName: events.txt (35 bytes)
FileName: events.txt (69 bytes)
FileName: events.txt (34 bytes)
FileName: events.txt (35 bytes)
FileName: events.txt (138 bytes)
FileName: events.txt (69 bytes)
```

Amurao.Audrey - Exhibit B.txt

FileName: events.txt (69 bytes)
FileName: events.txt (345 bytes)
FileName: events.txt (67 bytes)
FileName: events.txt (69 bytes)
FileName: events.txt (67 bytes)
FileName: events.txt (416 bytes)
FileName: events.txt (209 bytes)
FileName: events.txt (69 bytes)
FileName: events.txt (207 bytes)
FileName: events.txt (35 bytes)
FileName: events.txt (70 bytes)
FileName: events.txt (69 bytes)
FileName: events.txt (246 bytes)
FileName: events.txt (68 bytes)
FileName: events.txt (35 bytes)
FileName: events.txt (175 bytes)
FileName: events.txt (309 bytes)
FileName: events.txt (243 bytes)
FileName: events.txt (70 bytes)
FileName: events.txt (136 bytes)
FileName: events.txt (207 bytes)
FileName: events.txt (35 bytes)
FileName: Berlin - The Metro.mp3 (3,519,093 bytes)
FileName: Billy Joel - For the Longest Time.mp3 (3,487,119 bytes)
FileName: Billy Joel - I Love you Just the Way you Are.mp3 (3,458,570 bytes)
FileName: Billy Joel - Its Still Rock And Roll To Me.mp3 (2,831,526 bytes)
FileName: Billy Joel - Oh What A Night.mp3 (3,017,636 bytes)
FileName: Billy Joel - Piano Man.mp3 (5,372,447 bytes)
FileName: Billy Joel - She's Got A Way.mp3 (2,892,405 bytes)
FileName: Billy Joel - These are the Times to Remember.mp3 (9,658,200 bytes)
FileName: Billy Joel - Uptown Girl.mp3 (3,148,068 bytes)
FileName: Billy Joel - We Didn't Start the Fire.mp3 (4,653,523 bytes)
FileName: Billy Joel -- She's Always A Woman To me.mp3 (3,216,152 bytes)
FileName: Cindy Lauper - True Colors.mp3 (3,598,338 bytes)
FileName: Depeche Mode - In Your Room (Portishead Remix).mp3 (6,049,792 bytes)
FileName: Eurithmics - Sweet Dreams.mp3 (4,676,929 bytes)
FileName: Naked Eyes - Always Something There To Remind Me.mp3 (3,538,944 bytes)
FileName: Patrick Swayze - Hungry Eyes.mp3 (3,971,356 bytes)
FileName: Patrick Swayze - She's Like The Wind (Dirty Dancing).mp3 (3,715,072 bytes)
FileName: Phil Collins & Genesis - A Groovy Kind Of Love.mp3 (3,331,220 bytes)
FileName: Phil Collins - Against All Odds.mp3 (3,319,141 bytes)
FileName: Phil Collins - In The Air Tonite.mp3 (5,385,950 bytes)
FileName: Phil Collins - One More Night.mp3 (4,622,176 bytes)
FileName: Phil Collins - True Colours.mp3 (4,401,016 bytes)
FileName: Roxette-It must have been love.mp3 (5,099,912 bytes)
FileName: Stix - Mr. Roboto.mp3 (5,248,858 bytes)
FileName: Tiffany - I Think We're Alone Now.mp3 (3,605,314 bytes)
FileName: Toni Basil - Hey Mickey.mp3 (3,324,157 bytes)
FileName: When In Rome - The Promise.mp3 (3,525,903 bytes)
FileName: Alanis Morissette-You Oughta Know.asf (648,370 bytes)
FileName: Def Tones - Shove It.mp3 (5,145,918 bytes)
FileName: Deftones - 7 Words.mp3 (3,574,206 bytes)
FileName: Deftones - Around The Fur.mp3 (3,387,180 bytes)
FileName: Deftones - Bored.mp3 (3,935,503 bytes)
FileName: Deftones - Changes.mp3 (4,791,612 bytes)
FileName: Deftones - Digital Bath.mp3 (4,085,760 bytes)
FileName: Deftones - Lucky You.mp3 (5,955,470 bytes)
FileName: Deftones - Minerva.mp3 (6,164,241 bytes)
FileName: Deftones - The White Pony - 09 - Passenger (feat. Maynard of Tool).mp3 (5,931,676 bytes)
FileName: Deftones- Back To School.mp3 (4,083,462 bytes)
FileName: Disturbed - Breathe.mp3 (4,490,350 bytes)
FileName: Disturbed - Down With The Sickness.mp3 (4,460,672 bytes)

Amurao.Audrey - Exhibit B.txt
FileName: Disturbed - Stupify.mp3 (6,580,477 bytes)
FileName: Disturbed - Voices.mp3 (3,050,266 bytes)
FileName: Filter- Hey Man, Nice Shot (Dust Brothers remix-Nickel Bag).mp3 (4,800,590
bytes)
FileName: Foo Fighters - Everlong (Acoustic).mp3 (8,037,608 bytes)
FileName: Foo Fighters - Everlong.mp3 (4,011,700 bytes)
FileName: Foo Fighters - Times Like These.mp3 (4,108,538 bytes)
FileName: Franz Ferdinand - Take Me Out.mp3 (3,864,416 bytes)
FileName: Green Day - Basket Case.mp3 (2,931,683 bytes)
FileName: Green Day - Boulavard of Broken Dreams.mp3 (8,004,173 bytes)
FileName: Green Day - Brainstew.mp3 (3,088,384 bytes)
FileName: Green Day - Brown Eyed Girl.mp3 (3,224,092 bytes)
FileName: Green Day - Longview.mp3 (3,817,002 bytes)
FileName: Green Day - Minority.mp3 (2,709,211 bytes)
FileName: Green Day - Nice Guys Finish Last.mp3 (2,687,104 bytes)
FileName: Green Day - Time of Your Life.mp3 (2,467,479 bytes)
FileName: Green Day - Welcome to Paradise.mp3 (3,594,159 bytes)
FileName: Green Day - When I Come Around.mp3 (2,851,317 bytes)
FileName: Greenday - American Idiot .mp3 (2,783,232 bytes)
FileName: Hoobastank - Crawling In The Dark.mp3 (4,201,244 bytes)
FileName: Hoobastank - Out Of Control.mp3 (3,981,312 bytes)
FileName: Hoobastank - Running Away.mp3 (4,327,259 bytes)
FileName: Incubus - Nice To Know You.mp3 (6,793,508 bytes)
FileName: Incubus - Pardon Me.mp3 (2,684,865 bytes)
FileName: Korn - Falling Away From Me.mp3 (4,240,323 bytes)
FileName: Korn - Freak On A Leash.mp3 (4,076,720 bytes)
FileName: Korn - Got The Life.mp3 (3,601,682 bytes)
FileName: lightning bolt - 13 Monsters.mp3 (2,703,660 bytes)
FileName: Lightning Bolt - a diet of nuts and grapes.mp3 (1,076,920 bytes)
FileName: Lightning Bolt - Assassins.mp3 (5,372,970 bytes)
FileName: Lightning Bolt - Behemoth.mp3 (4,662,301 bytes)
FileName: lightning bolt - Dracula Mountain.mp3 (7,008,711 bytes)
FileName: Lightning Bolt - Luxury Tomb.mp3 (3,457,069 bytes)
FileName: Lightning Bolt - On Fire.mp3 (5,695,303 bytes)
FileName: Lightning Bolt - Ride The Sky Jam.mp3 (6,492,355 bytes)
FileName: Lightning Bolt - wee ones parade.mp3 (2,224,166 bytes)
FileName: Lightning Bolt-Hello Morning.mp3 (1,157,318 bytes)
FileName: Lightning Bolt-Wonderful Rainbow.mp3 (1,828,669 bytes)
FileName: Linkin Park - A Place For My Head.mp3 (1,293,349 bytes)
FileName: Linkin Park - Breaking The Habit.mp3 (4,706,962 bytes)
FileName: Linkin Park - Crawling.mp3 (1,455,899 bytes)
FileName: Linkin Park - Faint.mp3 (2,594,816 bytes)
FileName: Linkin Park - In the End.mp3 (3,493,848 bytes)
FileName: Linkin Park - My December.mp3 (4,118,987 bytes)
FileName: Linkin Park - Points Of Authority.mp3 (3,204,493 bytes)
FileName: Linkin Park - Pushing Me Away.mp3 (1,339,977 bytes)
FileName: Linkin Park - Runaway.mp3 (1,288,594 bytes)
FileName: Linkin Park - Somewhere I Belong.mp3 (3,446,784 bytes)
FileName: Linkin Park - With You.mp3 (1,488,274 bytes)
FileName: Nine Inch Nails & Enigma - Sadness {violent Mix}.mp3 (3,997,824 bytes)
FileName: Nine Inch Nails - Closer.mp3 (5,968,875 bytes)
FileName: nine inch nails - deep.mp3 (5,186,165 bytes)
FileName: Nine Inch Nails - Head Like A Hole.mp3 (4,798,589 bytes)
FileName: Nine Inch Nails - Hurt.mp3 (6,005,345 bytes)
FileName: Nine Inch Nails - Into The Void.mp3 (6,933,078 bytes)
FileName: Nine Inch Nails - Perfect Drug.mp3 (3,991,220 bytes)
FileName: Nine Inch Nails - Something I Can Never Have.mp3 (5,681,152 bytes)
FileName: Nine Inch Nails - Terrible Lie.mp3 (4,464,350 bytes)
FileName: Nine Inch Nails - The Fragile.mp3 (6,603,176 bytes)
FileName: Nine Inch Nails - We're In This Together Now.mp3 (6,799,488 bytes)
FileName: Papa Roach - Blood Brothers.mp3 (3,417,362 bytes)
FileName: Radiohead - Lull.mp3 (2,390,016 bytes)
FileName: Radiohead - Maquiladora.mp3 (3,299,328 bytes)

Amurao.Audrey - Exhibit B.txt
FileName: Radiohead - Permanent Daylight.mp3 (2,693,833 bytes)
FileName: Radiohead - Polyethylene.mp3 (4,174,662 bytes)
FileName: Radiohead - Punch Drunk Love Song.mp3 (4,461,970 bytes)
FileName: Radiohead - Talk Show Host.mp3 (4,110,444 bytes)
FileName: radiohead - the trickster.mp3 (3,894,253 bytes)
FileName: Secondhand_Jive__San_Francisco96.mp3 (2,804,443 bytes)
FileName: Slobberbone__Sister_Beams.mp3 (3,355,108 bytes)
FileName: Staind - Epiphany.mp3 (4,098,048 bytes)
FileName: Staind - Fade.mp3 (5,791,254 bytes)
FileName: Staind - For You.mp3 (4,909,106 bytes)
FileName: Staind - Outside.mp3 (6,941,216 bytes)
FileName: Stone Temple Pilots - Plush.mp3 (5,021,762 bytes)
FileName: System Of A Down - Aerials.mp3 (3,863,562 bytes)
FileName: System Of A Down - Chop Suey.mp3 (5,056,330 bytes)
FileName: System of a Down - Psycho(1).mp3 (5,485,842 bytes)
FileName: System of a Down - Sugar.mp3 (2,459,399 bytes)
FileName: System Of A Down - Toxicity.mp3 (3,470,315 bytes)
FileName: Tool & Disturbed - Killing You Now.mp3 (3,228,863 bytes)
FileName: Tool - Intolerance.mp3 (4,695,063 bytes)
FileName: Tool - Stinkfist.mp3 (4,962,800 bytes)
FileName: U2 - Still Havent Found What im Looking For.mp3 (4,455,854 bytes)
FileName: U2 - With or Without You.mp3 (4,736,731 bytes)
FileName: Weezer - Island In The Sun.mp3 (3,361,773 bytes)
FileName: Alanis Morrisette - Head Over Feet.mp3 (4,282,078 bytes)
FileName: Ben Folds Five - Brick.mp3 (4,529,133 bytes)
FileName: Black Eyed Peas ft Justin Timberlake - Where Is The Love.mp3 (5,466,112 bytes)
FileName: Bryan Adams - Everything I Do I Do It For You.mp3 (6,297,809 bytes)
FileName: Bryan Adams - Have You Ever Really Loved a Woman.mp3 (4,671,614 bytes)
FileName: Chris Deberg - Lady In Red.mp3 (4,123,671 bytes)
FileName: Coldplay - Clocks.mp3 (4,920,216 bytes)
FileName: Coldplay - The Scientist.mp3 (4,948,763 bytes)
FileName: Daniel Bedingfield - If You're Not The One.mp3 (4,153,344 bytes)
FileName: Dido - White Flag.mp3 (5,171,752 bytes)
FileName: Enya - Now We Are Free (Gladiator Theme).mp3 (6,091,734 bytes)
FileName: Esbjörn Svensson Trio - From Gagarin's Point of View - Defi.mp3 (5,799,601 bytes)
FileName: Frankie Vallie - Can't take my eyes of off you.mp3 (3,625,297 bytes)
FileName: Gloria Estefan - Anything For You.mp3 (3,477,420 bytes)
FileName: Gloria Estefan - Can't Stay Away From You.mp3 (3,800,084 bytes)
FileName: Gloria Estefan - Words Get In the Way.mp3 (3,307,520 bytes)
FileName: Goo Goo Dolls - Name (acoustic).mp3 (3,646,148 bytes)
FileName: Goo Goo Dolls - Name.mp3 (4,306,450 bytes)
FileName: Heatwave - Always and Forever.mp3 (5,985,304 bytes)
FileName: Hoobastank - The Reason.mp3 (5,590,054 bytes)
FileName: Inoj-Love You Down.mp3 (6,240,096 bytes)
FileName: Jessica Harp - Memphis.mp3 (4,768,165 bytes)
FileName: Les Miserables - On My Own.mp3 (3,774,464 bytes)
FileName: Les Miserables- Castle in the Clouds.mp3 (1,604,963 bytes)
FileName: Madonna - I'll Remember.mp3 (4,224,399 bytes)
FileName: Natalie & Nat King Cole - When I Fall in Love.mp3 (3,998,714 bytes)
FileName: No Doubt - Running.mp3 (5,803,125 bytes)
FileName: Norah Jones - Come Away With Me.mp3 (2,977,081 bytes)
FileName: Peter Cetera & Amy Grant - Next Time I Fall In Love.mp3 (3,618,818 bytes)
FileName: Peter Cetera - Glory of Love.mp3 (4,215,502 bytes)
FileName: Peter Cetera and Az Yet - Your My Inspiration.mp3 (4,032,512 bytes)
FileName: Phil Collins - Seperate Lives (Live).mp3 (7,511,894 bytes)
FileName: Richard Marx - Now And Forever.mp3 (3,424,274 bytes)
FileName: Richard Marx - Right Here Waiting.mp3 (3,917,824 bytes)
FileName: Sarah Maclachlan - I Will Remember You.mp3 (4,610,089 bytes)
FileName: Sarah Maclachlan - In the Arms of the Angels.mp3 (5,405,907 bytes)
FileName: Sarah Maclachlan - Silence (Techno Remix).mp3 (11,870,372 bytes)
FileName: Sarah MacLachlan - Sweet Surrender.mp3 (4,811,863 bytes)

Amurao.Audrey - Exhibit B.txt
FileName: Sarina Paris - Look at us now (mix).mp3 (5,620,826 bytes)
FileName: Selena - Dreaming Of You.mp3 (5,027,341 bytes)
FileName: Shai - And If I Ever Fall In Love.mp3 (3,025,677 bytes)
FileName: Shawn Colvin - Sonny Came Home.mp3 (4,227,239 bytes)
FileName: Sheryl Crowe - Are You Strong Enough To Be My Man.mp3 (3,080,320 bytes)
FileName: Sinead O'Connor - Nothing Compares To You.mp3 (4,918,125 bytes)
FileName: Sneaker Pimps - 6 Underground.mp3 (3,747,422 bytes)
FileName: Sophie B. Hawkins - As I Lay Me Down To Sleep.mp3 (3,477,211 bytes)
FileName: Sophie B. Hawkins - Damn I Wish I Was Your Lover.mp3 (5,178,574 bytes)
FileName: The Phantom of the Opera - 2004 Movie Soundtrack - 13. All I Ask of
You.mp3 (11,726,848 bytes)
FileName: Tracy Chapman - Fast Car.mp3 (4,745,926 bytes)
FileName: UB 40 - Girl Im Gonna Make You Sweat.MP3 (3,618,734 bytes)
FileName: UB40 - Cant Help Falling In Love With You.mp3 (3,256,320 bytes)
FileName: UB40 - Baby I Love Your Way.mp3 (4,231,234 bytes)
FileName: UB40 - Red Red Wine 80's .mp3 (5,130,449 bytes)
FileName: UB40 - The Way You Do The Things You Do.mp3 (2,854,866 bytes)
FileName: Vanessa Williams - Save The Best For Last.mp3 (3,587,607 bytes)
FileName: Vertical Horizon - Everything You Want.mp3 (4,103,776 bytes)
FileName: Xscape - Who Can I Run To.mp3 (3,485,768 bytes)
FileName: 09. Paul McCartney & Wings - Wonderful Christmas Time.mp3 (3,655,550
bytes)
FileName: Christmas - Josh Groban - O Holy Night.mp3 (4,582,403 bytes)
FileName: Christmas Music - Andy Williams - Its The Most Wonderful Time Of The Year
- Christmas.mp3 (2,457,600 bytes)
FileName: christmas music - Nat King Cole - The First Noel.mp3 (2,809,268 bytes)
FileName: Christmas ~ Carpenters ~ Merry Christmas, Darling.mp3 (2,978,600 bytes)
FileName: Mariah Carey - All I Want For Christmas Is You.mp3 (3,863,196 bytes)
FileName: Nat King Cole - Chesnuts Roasting On An Open Fire (The Christmas Song).mp3
(3,028,992 bytes)
FileName: Nat King Cole - Christmas Songs - Deck the Halls.mp3 (1,055,106 bytes)
FileName: Nat King Cole - Oh Christmas Tree.mp3 (2,896,497 bytes)
FileName: Nat King Cole - Silent Night.mp3 (3,053,637 bytes)
FileName: Nat King Cole -The Little Drummer Boy.mp3 (2,953,216 bytes)
FileName: Trans-Siberian Orchestra - Carol of the Bells [Rock].mp3 (3,146,112 bytes)
FileName: Trans-Siberian Orchestra - Christmas Canon In D (Pachelbel).mp3 (4,145,280
bytes)
FileName: Trans-Siberian Orchestra - O Come All Ye Faithful & Oh Holy Night.mp3
(4,149,416 bytes)
FileName: Trans-Siberian Orchestra - O Holy Night.mp3 (2,478,080 bytes)
FileName: u-Christmas - Andy Williams - Do You Hear What I Here.mp3 (2,768,896
bytes)
FileName: Beethoven - 9th Symphony.mp3 (10,889,218 bytes)
FileName: Classical - Mozart - 7th Symphony.mp3 (2,306,298 bytes)
FileName: Classical - Piano Concerto No. 5 in E-Flat major, Op. 73, Emporor -
Pachelbel - Bach-Beethoven-Schubert-Mozart-Dvorak - Classics For Lovers.mp3
(9,150,380 bytes)
FileName: Classical - Tchaikovsky - Swan Lake - Ballet Suite.mp3 (2,965,674 bytes)
FileName: Classical Piano - Beethoven - Moonlight Sonata.mp3 (5,858,352 bytes)
FileName: Classical- Mozart, Wolfgang Amadeus -- Symphony No. 41 in C Major, K. 551
Jupiter - Alfred Scholz & London Festival Orchestra - 1st Movement.mp3 (27,426,609
bytes)
FileName: Massage Music - Wolfgang Amadeus Mozart - Meditation - Classical
Relaxation Vol. 10 - Concerto for Flute and harp (Andan.mp3 (6,054,300 bytes)
FileName: Mozart - Green sleeves.mp3 (3,547,136 bytes)
FileNiem: Mozart - Requiem - XIII - Agnus Dei.mp3 (3,442,345 bytes)
FileName: Mozart - The Magic Flute.mp3 (6,304,914 bytes)
FileName: Mozart-Flight of the Bumble Bee - classical - Motzart.mp3 (1,508,381
bytes)
FileName: Mozart-The Barber Of Seville - Overture.mp3 (7,473,152 bytes)
FileName: Schubert - Ave Maria (Andre Rieu - Instrumental).mp3 (4,424,460 bytes)
FileName: Tchaikovsky - Romeo and Juliet - Love Theme.mp3 (3,801,088 bytes)
FileName: Tchaikovsky-The Nutcracker_ Chinese Dance.mp3 (1,804,057 bytes)

Amurao.Audrey - Exhibit B.txt
FileName: Trans Siberian Orchestra - Beethoven's 5th.mp3 (2,862,731 bytes)
FileName: Trans-Siberian Orchestra - 1812 Overture (Tchaikovsky).mp3 (3,961,393 bytes)
FileName: Trans-Siberian Orchestra - Beethoven's Last Night - 18 - Beethoven.mp3 (4,303,817 bytes)
FileName: Trans-Siberian Orchestra - Fur Elise.mp3 (2,688,859 bytes)
FileName: Trans-Siberian Orchestra - Revenge of the Sugar Plum Fairy.mp3 (4,519,938 bytes)
FileName: Filipino Folk - Bayanihan - Sakuting.mp3 (2,690,347 bytes)
FileName: FILIPINO FOLK SONGS - Tinikling.mp3 (2,251,923 bytes)
FileName: Maglalatik - 2K1.mp3 (3,123,214 bytes)
FileName: Pandanggo Sa Ilaw - 2K1.mp3 (2,839,420 bytes)
FileName: Tinikling - 2K1.mp3 (2,592,824 bytes)
FileName: Aiza Seguerra - If.mp3 (2,076,672 bytes)
FileName: Eraserheads - Magasin.mp3 (3,987,031 bytes)
FileName: Eraserheads - Tuwing Umuulan.mp3 (4,514,755 bytes)
FileName: ERASERHEADS___PARE_KO.MP3 (5,216,131 bytes)
FileName: Jocelyn Enriquez - Kailanman.mp3 (5,206,144 bytes)
FileName: Lea Salonga - Nandito Ako.mp3 (4,272,344 bytes)
FileName: Lea Salonga - Reflections (Mulan).MP3 (2,347,136 bytes)
FileName: Leah Salonga - Bakit Labis Kitang Mahal.mp3 (4,188,160 bytes)
FileName: Parokya Ni Edgar - Mr. Suave.mp3 (3,211,264 bytes)
FileName: Philippines National Anthem - Lupang Hinirang (Tagalog).mp3 (970,752 bytes)
FileName: Pinay - Dahil Sa Iyo.mp3 (2,845,376 bytes)
FileName: Pinay - Next Time.mp3 (3,869,428 bytes)
FileName: Regine Velasquez - Ikaw.mp3 (3,196,394 bytes)
FileName: Regine Velasquez - Kailangan Ko'y Ikaw.mp3 (4,059,949 bytes)
FileName: Regine Velasquez - Tuwing Umuulan at Kapiling Ka.mp3 (4,837,378 bytes)
FileName: Rivermaya - 214.mp3 (4,373,912 bytes)
FileName: Rivermaya - Kisapmata.mp3 (4,508,235 bytes)
FileName: Rivermaya - Kung Ayaw Mo Wag Mo.mp3 (3,533,092 bytes)
FileName: rivermaya - Umaaraw , Umuulan.mp3 (6,776,500 bytes)
FileName: Roselle Nava - Laging Ikaw Pa Rin (1).mp3 (4,229,714 bytes)
FileName: Rossel Nava - Mula Sa Puso.mp3 (3,927,799 bytes)
FileName: Tagalog - Eraserheads - Harana.mp3 (5,826,688 bytes)
FileName: Weird Al Yankovic (eminem) - The Real Filipino (the real slim shady parody).mp3 (1,506,692 bytes)
FileName: 80s Freestyle-Noel - Silent Morning.mp3 (5,877,760 bytes)
FileName: 80s' freestyle-Cynthia - Change On Me (extended Mix).mp3 (7,915,520 bytes)
FileName: Cynthia & Johnny O - Dream Boy Dream Girl.mp3 (4,220,928 bytes)
FileName: freestyle-Judy Torres - No reason to cry -freestyle.mp3 (8,623,923 bytes)
FileName: Lil Suzy - Take Me In Your Arms.mp3 (4,981,158 bytes)
FileName: Lil Suzy feat Collage - When i fall in love (freestyle mix).mp3 (3,255,954 bytes)
FileName: Rockell & Collage - I'll Be Loving You(2).mp3 (3,679,344 bytes)
FileName: Soave - Crying Over You (Dub).mp3 (2,743,213 bytes)
FileName: Stevie B - If You Leave Me Now.mp3 (4,237,493 bytes)
FileName: Stevie B - Spring Love.mp3 (4,922,433 bytes)
FileName: TKA - Maria.mp3 (5,780,480 bytes)
FileName: 112 - Come See Me.mp3 (4,245,504 bytes)
FileName: 112 - Cupid.mp3 (3,045,063 bytes)
FileName: 112 - Dance With Me.mp3 (3,684,856 bytes)
FileName: 112 - It's Over Now.mp3 (3,917,241 bytes)
FileName: 2Pac & Biggy Smalls ft Funk Master Flex - freestyle.mp3 (1,303,224 bytes)
FileName: 50 cent Young Buck & R.Kelly - Thoia Thoing (Remix).mp3 (6,260,162 bytes)
FileName: Aaliyah - 4 Page Letter.mp3 (4,653,646 bytes)
FileName: Aaliyah - I Miss You.mp3 (5,814,525 bytes)
FileName: Aaliyah - If Your Girl Only Knew.mp3 (4,655,775 bytes)
FileName: Aaliyah - One In A Million.mp3 (4,323,328 bytes)
FileName: Alicia Keys - If I Ain't Got You.wma (3,702,127 bytes)
FileName: Az Yet - Hard To Say I'm Sorry.mp3 (3,117,056 bytes)
FileName: Az Yet - Last Night.mp3 (5,027,840 bytes)

Amurao.Audrey - Exhibit B.txt

FileName: Babyface - This Is For The Lover In You.mp3 (3,844,096 bytes)
FileName: Babyface - When Can I See You Again.mp3 (3,648,826 bytes)
FileName: Beatnuts - Watch out.MP3 (4,241,904 bytes)
FileName: Biggie Smalls & Puff Daddy - Mo Money More Problems.mp3 (4,119,114 bytes)
FileName: Blackstreet - Don't Leave Me.mp3 (5,064,980 bytes)
FileName: Bone Thugs-N-Harmony - Crossroads.mp3 (3,692,269 bytes)
FileName: Boyz II Men - Four Seasons Of Loneliness.mp3 (3,510,400 bytes)
FileName: Boyz II Men - I'll Make Love to You.mp3 (3,856,384 bytes)
FileName: Boyz II Men - Its So Hard To Say Goodbye To Yesterday.mp3 (3,035,136 bytes)
FileName: Boyz II Men - On Bended Knee.mp3 (5,282,463 bytes)
FileName: Boyz II Men - Water Runs Dry.mp3 (3,237,888 bytes)
FileName: Boyz II Men - Yesterday.mp3 (3,013,067 bytes)
FileName: Busta Rhymes - Break Ya Neck.mp3 (3,854,336 bytes)
FileName: Busta Rhymes - Gimme some more.mp3 (1,798,699 bytes)
FileName: Busta Rhymes - Put Your Hands Where My Eyes Could See.mp3 (3,148,728 bytes)
FileName: Busta Rhymes feat Sean Paul - Make It Clap Remix.mp3 (5,886,478 bytes)
FileName: Carl Thomas - I Wish.mp3 (4,411,687 bytes)
FileName: Case - Happily Ever After.mp3 (4,371,934 bytes)
FileName: Case and Joe - Faded Pictures (Instrumental).mp3 (3,686,400 bytes)
FileName: Case ft. Foxy Brown - Touch Me, Tease Me.mp3 (3,631,104 bytes)
FileName: Crooklyn Clan-Thug Anthem 2000.mp3 (3,145,230 bytes)
FileName: DMX, Cash Money, Notorious B.I.G., Jay-Z - Wanna Be Balla.MP3 (3,043,394 bytes)
FileName: Eric Benet & Tamia - Spend My Life With You.mp3 (4,399,984 bytes)
FileName: Erykah Badu - Next Lifetime.mp3 (3,983,360 bytes)
FileName: Faith Evans - Love Like This Before (Crooklyn Cran remix).mp3 (5,023,744 bytes)
FileName: Faith Evans- I love You.mp3 (4,275,014 bytes)
FileName: Fat Man Scoop - Party Anthem.mp3 (4,650,127 bytes)
FileName: Fatman Scoop & Crooklyn Clan - Handz Up.mp3 (3,247,167 bytes)
FileName: Fatman scoop - Hot 97 mix.mp3 (2,144,533 bytes)
FileName: Foreign Exchange - 12 - Happiness.mp3 (6,881,408 bytes)
FileName: Funk Master Flex & DJ Kool - Let Me Clear My Throat.mp3 (3,653,632 bytes)
FileName: Funk Master Flex - Hot 97 mix.mp3 (2,138,448 bytes)
FileName: Funkmaster Flex - Here We Go.MP3 (3,926,889 bytes)
FileName: Funkmaster Flex 3 - Missy Elliott - Freestyle over Wu-tang-Clan (Triumph).mp3 (1,194,112 bytes)
FileName: Ginuwine - Differences.mp3 (2,129,288 bytes)
FileName: Ginuwine - Same O'l G'.mp3 (4,147,200 bytes)
FileName: Groove Theory - Tell Me.mp3 (3,821,210 bytes)
FileName: Hiphop Funk Master Flex feat M.O.P. & Busta Rhymes - Ante Up (Remix).mp3 (5,148,058 bytes)
FileName: Hot 97 - Funk master flex - Rap Mega Jigga Mix.mp3 (2,138,279 bytes)
FileName: Jay Z - Big Pimpin'.mp3 (6,784,786 bytes)
FileName: Jay Z - Can I Get A.mp3 (5,021,373 bytes)
FileName: Jay Z - Dirt Off Your Shoulders.mp3 (5,888,000 bytes)
FileName: Jay-Z - Hard Knock Life.mp3 (3,818,181 bytes)
FileName: Jay-Z - Hey Papi.mp3 (4,161,536 bytes)
FileName: Jay-Z - Jigga My Nigga.mp3 (4,474,731 bytes)
FileName: Jay-Z Change Clothes.wma (2,135,421 bytes)
FileName: Jay-Z feat. DMX, Memphis Bleek & Beanie Sigal - More Money, More Cash, More Hoes (remix).mp3 (3,995,603 bytes)
FileName: Jodeci - Lately.mp3 (5,503,940 bytes)
FileName: Jodeci - Love You For Life.mp3 (4,791,902 bytes)
FileName: Joe - All The Things.mp3 (7,653,376 bytes)
FileName: Joe ft Mystikal - Stutter (Remix).mp3 (6,510,592 bytes)
FileName: Junior Mafia & Biggy Smalls - Playa's Anthem.mp3 (5,142,584 bytes)
FileName: Junior Mafia - Get Money (remix f Biggie Smalls).mp3 (4,375,678 bytes)
FileName: Kut Klose - I Like.mp3 (4,217,249 bytes)
FileName: Lauryn Hill - Can't Take My Eyes Off You.mp3 (4,376,704 bytes)
FileName: Lauryn Hill - Lost Ones.mp3 (6,678,458 bytes)

Amurao.Audrey - Exhibit B.txt

FileName: Lil Mo - Superwoman REMIX f. Fabolous.mp3 (6,001,183 bytes)
FileName: LLCoolJ ft. Total - Loungin' (rmx).mp3 (3,192,813 bytes)
FileName: Lost Boyz - Music Makes Me High.mp3 (4,331,648 bytes)
FileName: Ludacris - Southern hospitality.mp3 (3,610,355 bytes)
FileName: Ludacris - What's Your Fantasy.mp3 (6,617,088 bytes)
FileName: Lumidee Feat. Busta Rhymes & Fabolous - I'll Never Leave You (Uh-Oh) Remix 1.mp3 (4,885,313 bytes)
FileName: Mary J Blige - Im Going Down.mp3 (3,551,232 bytes)
FileName: Mary J. Blige & LL Cool J - Mary Jane(All Night Long)Remix.mp3 (5,099,184 bytes)
FileName: Mary J. Blige - I Love You.mp3 (3,294,733 bytes)
FileName: Mary J. Blige - You Are My Everything.mp3 (4,793,418 bytes)
FileName: Method Man & Mary J Blige - You're All I Need.mp3 (4,956,995 bytes)
FileName: Mint Condition - Pretty Brown Eyes.mp3 (5,712,248 bytes)
FileName: Mint Condition - You Don't Have To Hurt No More.mp3 (4,099,471 bytes)
FileName: Missy Elliot - All in My Grill.mp3 (4,383,009 bytes)
FileName: Missy Elliot - Im Really Hot.mp3 (5,060,608 bytes)
FileName: Missy Elliott - Get Your Freak On.mp3 (5,737,539 bytes)
FileName: Missy Elliott - Party People.mp3 (4,658,754 bytes)
FileName: Missy Elliott - She's a Bitch.mp3 (4,910,559 bytes)
FileName: Missy Elliott feat. Ciara & Fat Man Scoop - Loose Control.mp3 (5,510,792 bytes)
FileName: Missy Elliott- Gossip Folks (featuring Ludacris).mp3 (5,629,655 bytes)
FileName: Missy Elliott- Pass That Dutch.mp3 (5,295,304 bytes)
FileName: Mobb Deep f. Lil Kim - Quiet Storm (Remix).mp3 (5,865,869 bytes)
FileName: Monifah - I Miss You.mp3 (3,575,808 bytes)
FileName: Musiq - Half Crazy.mp3 (4,057,088 bytes)
FileName: Musiq Soulchild - Don't Change.mp3 (2,152,758 bytes)
FileName: Mya - Best of Me (Remix).mp3 (5,630,080 bytes)
FileName: New Edition - I'm Still In Love With You.mp3 (4,472,870 bytes)
FileName: Nicole - Make it hot.mp3 (4,283,548 bytes)
FileName: Outkast - Hey Ya.mp3 (5,017,141 bytes)
FileName: Outkast - Ms. Jackson.mp3 (5,539,004 bytes)
FileName: Outkast - So Fresh and So Clean.mp3 (4,043,883 bytes)
FileName: Outkast - The Way You Move.mp3 (3,768,320 bytes)
FileName: Puff Daddy - It's all About the Benjamins (Remix) (featuring The Notorious BIG, Lil Kim, & The Lox).mp3 (4,436,516 bytes)
FileName: R. Kelly - Keep It On The Downlow.mp3 (4,613,816 bytes)
FileName: R. Kelly - Ignition.mp3 (3,560,263 bytes)
FileName: R. Kelly - Snake.mp3 (4,671,488 bytes)
FileName: R. Kelly And Jay-Z - Mo Money (Feat Twista).mp3 (4,975,576 bytes)
FileName: R. Kelly- Come To My Hotel.mp3 (4,787,721 bytes)
FileName: R.Kelly - Bump and Grind.mp3 (4,099,053 bytes)
FileName: R.Kelly - I Belive I Can Fly.mp3 (3,336,192 bytes)
FileName: R.Kelly - Step in the name of love (remix).mp3 (5,127,233 bytes)
FileName: SWV - Weak.mp3 (4,718,690 bytes)
FileName: The Firm - Phone Tap.mp3 (3,612,672 bytes)
FileName: The Fugees - Fu-Gee-La.mp3 (4,163,584 bytes)
FileName: The Fugees - Killing Me Softly.mp3 (4,773,888 bytes)
FileName: The Fugees - Ready Or Not.mp3 (3,635,200 bytes)
FileName: Timberland & Magoo feat Fat Man Scoop - You Got Served Soundtrack - Now Drop.mp3 (3,944,720 bytes)
FileName: Total feat. Biggie - Can't You See.mp3 (4,688,613 bytes)
FileName: Tupac - Changes.mp3 (5,386,240 bytes)
FileName: Tupac Shakur - Dear Momma.mp3 (4,477,596 bytes)
FileName: Tupac Shakur - Keep Ya Head Up.mp3 (5,287,520 bytes)
FileName: Tupac Shakur-2Pac- I ain't Mad At Ya.mp3 (4,700,170 bytes)
FileName: Tweet ft Fabolous - Oops Oh My.mp3 (1,640,448 bytes)
FileName: Wyclef Jean - Gone Till November [Pop Version].mp3 (4,342,712 bytes)
FileName: Zhane - Hey Mr. DJ.mp3 (4,710,110 bytes)
FileName:  daddy yankee - lo que paso,paso.mp3 (3,375,566 bytes)
FileName: Alex Bueno - Quiereme (bachata).mp3 (4,094,336 bytes)
FileName: Aventura - Obsesion (Bachatas).mp3 (4,231,000 bytes)
Page 9

Amurao.Audrey - Exhibit B.txt
FileName: Ballroom Dance Music - Tango.mp3 (3,097,043 bytes)
FileName: Biggie Smalls and Tupac - Where's Brooklyn at.mp3 (1,777,664 bytes)
FileName: C + C Music Factory - Robi-Rob's Boriqua Anthem.mp3 (8,618,736 bytes)
FileName: Cafe Tacuba - eres.mp3 (6,424,767 bytes)
FileName: cafetacuba - Puntos Cardinales.mp3 (6,741,741 bytes)
FileName: Cirque De Soleil - Tango.mp3 (5,021,696 bytes)
FileName: Cordero__Vamos_Nenas.mp3 (1,783,808 bytes)
FileName: Daddy Yankee - Gasolina.mp3 (3,067,776 bytes)
FileName: Daddy Yankee ft Pitbull - Gasolina (Remix).mp3 (4,621,001 bytes)
FileName: DLG - No Morira.mp3 (4,355,680 bytes)
FileName: El Gran Combo - Brujeria.mp3 (3,275,136 bytes)
FileName: El Gran Combo - Lloraras (salsa).mp3 (3,708,625 bytes)
FileName: El Gran Combo - Ojitos chinos.mp3 (4,160,468 bytes)
FileName: Frankie Negron - Overjoyed.mp3 (5,387,413 bytes)
FileName: Gypsy Kings - Tango Flamenco - Spanish guitar 2.mp3 (5,308,544 bytes)
FileName: Jennifer Lopez & Marc Anthony - No me ames salsa remix.mp3 (4,853,800 bytes)
FileName: Julio Iglesias Tango.mp3 (2,958,644 bytes)
FileName: Latin - Merengue - Bachata Y Salsa - La Quiero Morir (DLG).mp3 (4,902,371 bytes)
FileName: Monchy y Alexandra - Hoja en Blanco.mp3 (4,949,918 bytes)
FileName: Reggaeton-Daddy Yankee - Muevete y Perrea.mp3 (1,999,847 bytes)
FileName: Salsa - Fruko y sus Tesos- El Preso.mp3 (8,580,710 bytes)
FileName: Salsa - La India - Ese Hombre.mp3 (4,485,120 bytes)
FileName: Salsa-Latin-Elvis Crespo - Tu sonrisa.mp3 (4,351,366 bytes)
FileName: Salsa.mp3 (6,041,310 bytes)
FileName: Shakira - Ciega Sorda Muda.mp3 (4,285,894 bytes)
FileName: Shakira - Moscas en la casa.mp3 (3,461,348 bytes)
FileName: SPANISH REGGAE - Reggae Mix with Hip Hop Beats (1).mp3 (2,449,742 bytes)
FileName: The Ballroom Dance Orchestra - Tango Del Amor.mp3 (2,176,279 bytes)
FileName: Beatles (John Lennon) - Imagine All The People.mp3 (2,923,964 bytes)
FileName: Beatles, The - I Wanna Hold Your Hand.mp3 (2,054,711 bytes)
FileName: Bee Gees - More Than A Woman.mp3 (4,263,554 bytes)
FileName: Bee Gees - Staying Alive.mp3 (4,598,552 bytes)
FileName: Bee Gees- How Can You Mend a Broken Heart.wma (1,607,246 bytes)
FileName: the beatles - a hard day's night.mp3 (2,624,007 bytes)
FileName: The Platters - Earth Angel.mp3 (2,869,248 bytes)
FileName: The Platters - Only You.mp3 (2,549,760 bytes)
FileName: The Platters - The Great Pretender.mp3 (2,565,143 bytes)
FileName: The Platters - Twilight Time.mp3 (2,670,720 bytes)
FileName: The Temptations - Just My Imagination.mp3 (3,700,736 bytes)
FileName: The Temptations - My Girl.mp3 (2,849,490 bytes)
FileName: Black Box Recorder - Child Psychology.mp3 (3,978,932 bytes)
FileName: Black Dice - Cone Toaster.mp3 (12,902,400 bytes)
FileName: Blonde Redhead - In Particular.mp3 (5,748,423 bytes)
FileName: Blonde Redhead - Misery Is A Butterfly.mp3 (4,930,680 bytes)
FileName: Canyon__Mansion_On_The_Mountain.mp3 (4,579,328 bytes)
FileName: Chuck_Prophet__What_Makes_the_Monkey_Dance.mp3 (3,002,803 bytes)
FileName: Crazy Town - Butterfly (Come My Lady).mp3 (3,462,120 bytes)
FileName: Daniel Bedingfield - I Gotta Get Through This.mp3 (2,603,008 bytes)
FileName: Frou Frou - Let Go.mp3 (5,060,167 bytes)
FileName: Imperial_Teen__Sugar.mp3 (2,555,904 bytes)
FileName: Iron and Wine- Naked As we Came.mp3 (3,678,826 bytes)
FileName: Jeff Buckley - Hallelujah.mp3 (6,621,573 bytes)
FileName: Jon_Dee_Graham__One_Moment.mp3 (2,438,722 bytes)
FileName: Stereolab - Prisoner of Mars.mp3 (3,900,356 bytes)
FileName: Stereolab - The Flower Called Nowhere.mp3 (4,784,128 bytes)
FileName: The Phantom of the Opera - 2004 Movie Soundtrack - 02. Overture-Hannibal.mp3 (17,866,752 bytes)
FileName: The Wonders - That Thing You Do.mp3 (2,661,564 bytes)
FileName: Unknown - Pet Names.mp3 (1,163,264 bytes)
FileName: Vic_Chestnut__Im_Through.mp3 (4,833,093 bytes)
FileName: Yo La Tengo - Don't Have to Be So Sad.mp3 (5,665,730 bytes)

Amurao.Audrey - Exhibit B.txt

FileName: Yo La Tengo - Tears Are In Your Eyes.mp3 (5,509,120 bytes)
FileName: (Diwali Riddim) TOK - Galang Gal.mp3 (5,375,136 bytes)
FileName: Beenie Man - Dude.mp3 (4,038,706 bytes)
FileName: Beenie Man - Oh Na Na Na (remix).mp3 (3,999,744 bytes)
FileName: Beenie Man Ft. Mya - Girls Dem Sugar.mp3 (6,184,252 bytes)
FileName: Buju Banton - A Man Twice My Age.mp3 (5,517,440 bytes)
FileName: Crooklyn Clan Ladyz - Reggae Bounce Mix.mp3 (3,397,770 bytes)
FileName: Cutty Ranks - Limb By Limb.mp3 (3,772,554 bytes)
FileName: DANCEHALL MIX-Kris Kross & Mr Vegas - Jump (Reggae Remix).mp3 (4,670,275 bytes)
FileName: Danny English feat. Eggnog - Party Time (Diwali Riddim).mp3 (3,303,549 bytes)
FileName: El General - Tu Pum Pum.mp3 (3,485,925 bytes)
FileName: Elephant Man & Twista - Jook Gal (Remix).mp3 (6,292,306 bytes)
FileName: elephant man - City Lock (Diwali Riddim).mp3 (3,445,136 bytes)
FileName: Elephant Man - Egyptian Dance.wma (3,403,389 bytes)
FileName: Elephant Man - Pon De River.mp3 (5,762,297 bytes)
FileName: Elephant Man - Reggae Gold 2003 - Egyptian Dance (Egyptian Riddim).mp3 (4,841,472 bytes)
FileName: Funkmaster Flex - Def Jam Reggae Mix 2000 (1).mp3 (7,940,806 bytes)
FileName: Kevin Little ft sean paul - Turn Me On (Remix).mp3 (4,920,280 bytes)
FileName: Mr. Vegas and Sean Paul - Tiger Bone.mp3 (4,129,224 bytes)
FileName: Mr. Vegas- Heads High.mp3 (3,149,268 bytes)
FileName: Reggae - Beenie Man - Everyone Falls in Love Sometimes.mp3 (4,566,435 bytes)
FileName: Reggae - I Need Some Action.mp3 (5,863,131 bytes)
FileName: Reggae - I Would Like To Get To Know You.mp3 (2,751,135 bytes)
FileName: Reggae - If I Was A Rich Girl.mp3 (4,375,336 bytes)
FileName: Reggae - Tight Up Skirt.mp3 (3,454,850 bytes)
FileName: Reggae Gold 2000 04 Hot Gal Today - Sean Paul & Mr. Vegas.mp3 (2,988,954 bytes)
FileName: Reggae Mega Mix.mp3 (4,431,876 bytes)
FileName: Reggae-Red Rat - Naa Naa.mp3 (3,088,384 bytes)
FileName: Rupee - Tempted 2 Touch Remix.mp3 (4,246,848 bytes)
FileName: Rupee - Tempted To Touch.mp3 (3,463,168 bytes)
FileName: Sean Paul - Deport Dem.mp3 (3,023,516 bytes)
FileName: Sean Paul - Get Busy.mp3 (3,438,516 bytes)
FileName: Sean Paul - Get With It Girl.mp3 (4,798,464 bytes)
FileName: Sean Paul - Like Glue.mp3 (3,530,919 bytes)
FileName: Sean Paul feat. Fat Man Scoop - Get Busy Remix.mp3 (6,208,702 bytes)
FileName: Tanto Metro & Devonte - Give It To Her.mp3 (9,216 bytes)
FileName: tanya stephens - Can't Wuk Me No More (Diwali Riddim) (1).mp3 (3,408,000 bytes)
FileName: TOK - Top A Tappa.mp3 (3,528,310 bytes)
FileName: Wayne Wonder - Enemies.mp3 (5,373,427 bytes)
FileName: Wayne Wonder - The Saddest Day.mp3 (3,538,969 bytes)
FileName: Wayne Wonder- No Letting Go.mp3 (5,113,856 bytes)
FileName: rex navarette - Badly Browned.mp3 (3,317,632 bytes)
FileName: Rex Navarette - Can't Techno Mo.mp3 (1,253,376 bytes)
FileName: rex navarette - circumcisions.mp3 (2,625,828 bytes)
FileName: rex navarette - Death of a Manila Folder.mp3 (8,915,057 bytes)
FileName: Rex Navarette - Filipino Favorite Holiday.mp3 (2,954,552 bytes)
FileName: rex navarette - Filipino House.mp3 (5,192,934 bytes)
FileName: Rex Navarette - Filipino Moms.mp3 (2,527,190 bytes)
FileName: Rex Navarette - Fobia Phobia.mp3 (6,952,960 bytes)
FileName: Rex Navarette - Grandpa.mp3 (1,491,125 bytes)
FileName: rex navarette - In The Third Person.mp3 (8,669,541 bytes)
FileName: rex navarette - life is mura, but toilet paper is mahal.mp3 (12,156,371 bytes)
FileName: Rex Navarette - Lola's Rosary.mp3 (4,663,283 bytes)
FileName: rex navarette - Manny the Blood.mp3 (2,322,304 bytes)
FileName: Rex Navarette - Minerva.mp3 (2,674,996 bytes)
FileName: Rex Navarette - Mormon Boys.mp3 (2,461,892 bytes)

Page 11

Amurao.Audrey - Exhibit B.txt
FileName: Rex Navarrette - Mrs Scott's ESL Class.mp3 (6,507,737 bytes)
FileName: Rex Navarrette - Oriental Aisle (Yokojons).mp3 (4,427,776 bytes)
FileName: rex navarette - Owning a filipino store.mp3 (3,209,216 bytes)
FileName: Rex Navarette - Philippine Disasters.mp3 (3,223,918 bytes)
FileName: Rex Navarette - Rice Rockets.mp3 (2,560,000 bytes)
FileName: Rex Navarette - SBC Packers.mp3 (5,826,560 bytes)
FileName: Rex Navarette - Sex Education With Tito Boy.mp3 (10,482,289 bytes)
FileName: Rex Navarette - Spanish Repo-Man.mp3 (2,664,448 bytes)
FileName: Rex Navarette - Star Wars.mp3 (2,142,080 bytes)
FileName: Rex Navarette - Superfriends.mp3 (7,055,488 bytes)
FileName: rex navarette - those tamagotchi's.mp3 (3,778,707 bytes)
FileName: rex navarette-Just Friends.mp3 (1,286,606 bytes)
FileName: REX NAVARETTE-PiNOY ADS.mp3 (5,059,356 bytes)
FileName: Rex Navarrete - Filipino Food Song.mp3 (637,408 bytes)
FileName: Rex navarrete - Teens now a days.mp3 (827,776 bytes)
FileName: Aqua - Roses are red (Dance club remix).mp3 (6,704,902 bytes)
FileName: Better Off Alone (DJ Jam X.mp3 (6,943,713 bytes)
FileName: Bjork & Paul Oakenfold - Hypnotise.mp3 (6,244,480 bytes)
FileName: Classical - Beethoven - 9th Symphony (Ode to Joy) (Techno Remix).mp3
(3,305,687 bytes)
FileName: Classical - Mozart Carmina Burana O Fortuna (Techno).mp3 (6,081,724 bytes)
FileName: Dance Club Mixes #5 - Rockell - The Dance (Hex Dez Club Mix) - (Download
if you like any Techno, Rave, Trance, Remix, DJ stuff or Webster Hall).mp3
(13,200,760 bytes)
FileName: Dirty Vegas - Days Go By.mp3 (3,536,896 bytes)
FileName: DJ CAR ULTIMATE MIX.mp3 (12,279,808 bytes)
FileName: DJ Encore feat. Engelina - I See Right Through to You.mp3 (5,446,014
bytes)
FileName: DJ Mystik & DJ Epic - Your Love (Remix).mp3 (2,973,907 bytes)
FileName: Dj Mystik - Moonlight shadow (eurodance rave).mp3 (3,253,940 bytes)
FileName: DJ Shadow & Blackalicious - Swan Lake.mp3 (6,504,576 bytes)
FileName: DJ Shadow - Drums Of Death Instrumental.mp3 (4,767,872 bytes)
FileName: dj shadow - organ donor.mp3 (4,254,406 bytes)
FileName: DJ-CG mixed - Dance Summer Clubmix 2001 - (Hex Hector, Thunderpuss, Johnny
Vicious - Amber, Aubrey, Barcode Brothers, Britney Spears, Celeste Prince, Dido,
Jessica Simpson, Da .mp3 (1,650,688 bytes)
FileName: DRUM AND BASS 3- Shaylor - Tribal 1 this track rocks ( techno tekno acid
rave jungle dj drum bass electronic funk vinyl dance industrial trance juno beat
tech vs remix hardcore.mp3 (5,856,734 bytes)
FileName: Elements - This song is UNBELIEVABLE Hard Deep Melodic Trance Goa Techno
Rave.mp3 (4,476,343 bytes)
FileName: EURO-HOUSE- Techno - Electronic European Dance Mix.mp3 (3,406,648 bytes)
FileName: Eurythmics - Sweet Dreams RAVE (Techno Remix).mp3 (5,306,368 bytes)
FileName: Freesom - Adrenaline.mp3 (2,098,241 bytes)
FileName: Gladiator - Now We Are Free (Techno Mix) .mp3 (3,820,625 bytes)
FileName: House of Techno - Enigma - Rave (Club Dance Mix).mp3 (6,172,672 bytes)
FileName: INOJ - Time After Time (Techno remix).mp3 (3,256,600 bytes)
FileName: Mad Myles - Adrenaline.mp3 (5,299,391 bytes)
FileName: Marc Et Claude - Tremble.mp3 (3,186,688 bytes)
FileName: Paul Oakenfold - Knight Rider (Remix Techno Trance Dance Freestyle Euro
House).mp3 (2,681,784 bytes)
FileName: Portishead & DJ Shadow (UNKLE) - Time Has Come .mp3 (4,065,564 bytes)
FileName: PPK - Resurrection.mp3 (7,742,403 bytes)
FileName: Prodigy - Smack My Bitch Up.mp3 (8,227,136 bytes)
FileName: Pure Dance Mix - In De Ghetto.mp3 (2,258,233 bytes)
FileName: Rave, Techno, Trance,& Dance- Alice Deejay - The Matrix Theme (remix).mp3
(2,970,981 bytes)
FileName: RAVE-Trance - Braveheart Theme (techno remix).mp3 (3,404,226 bytes)
FileName: rex navarette - Dr. Evil techno mix.mp3 (1,657,754 bytes)
FileName: Star Wars Episode I - Duel Of The Fates (Techno Remix).mp3 (3,982,512
bytes)
FileName: tchaikovsky - classical remix (techno remix).mp3 (2,942,276 bytes)
FileName: Techno - Blade - Vampire Dance Club.mp3 (9,801,393 bytes)
Page 12

Amurao.Audrey - Exhibit B.txt
FileName: Techno - Dance.Rave - DJ Kosmonova - Take Me Away (Club Mix).mp3 (4,141,056 bytes)
FileName: Techno - Trance - ATB and Paul Van Dyke rave mix - DJ Special K .mp3 (10,917,348 bytes)
FileName: Techno Classical - Beethoven - Fur Elise (Trance Remix).mp3 (3,342,744 bytes)
FileName: TECHNO-CLUB--UB40 - Red Red Wine (Remix).mp3 (6,005,180 bytes)
FileName: Tranzworld4-The Phantom Anthem-Webster Hall All-Stars(Epic Mix).mp3 (5,710,994 bytes)
FileName: Venga Boys - Boom Boom Boom.mp3 (3,277,876 bytes)
FileName: Venga Boys - Movin' Around.mp3 (2,748,813 bytes)
FileName: Venga Boys - Up and Down.mp3 (2,877,962 bytes)
FileName: Venga Boys - We Like To Party.mp3 (3,531,664 bytes)
FileName: A.gif (12,141 bytes)
FileName: Absolut Pinoy.jpg (28,761 bytes)
FileName: Alyssa.jpg (31,108 bytes)
FileName: American Flag.jpg (14,964 bytes)
FileName: angel.gif (383 bytes)
FileName: Angela & Ina.jpg (21,689 bytes)
FileName: Art & the Girls.jpg (40,716 bytes)
FileName: awww.gif (2,297 bytes)
FileName: barf.gif (1,784 bytes)
FileName: Barrio Fiesta 2K5.jpg (57,637 bytes)
FileName: Beautiful Flag.jpg (19,672 bytes)
FileName: big blink.gif (671 bytes)
FileName: Big Grin.gif (6,289 bytes)
FileName: BingHeadz.jpg (10,794 bytes)
FileName: bookshelf.gif (9,229 bytes)
FileName: break comp.gif (3,419 bytes)
FileName: Bubble Tea I.jpg (21,625 bytes)
FileName: Bubble Tea II.jpg (20,169 bytes)
FileName: bus.gif (1,544 bytes)
FileName: butterfly.gif (4,441 bytes)
FileName: bye.gif (748 bytes)
FileName: chalkboard.gif (5,063 bytes)
FileName: cheers.gif (762 bytes)
FileName: Chix.jpg (15,016 bytes)
FileName: clapping.gif (2,206 bytes)
FileName: confused.gif (546 bytes)
FileName: cool.gif (958 bytes)
FileName: Cousins at Barrio.jpg (25,338 bytes)
FileName: Cousins.jpg (14,811 bytes)
FileName: cow.gif (780 bytes)
FileName: crush.gif (581 bytes)
FileName: Cute kids.jpg (25,524 bytes)
FileName: dance 1.gif (7,512 bytes)
FileName: dance 2.gif (8,102 bytes)
FileName: dance 3.gif (1,753 bytes)
FileName: Dancing Elders.gif (7,074 bytes)
FileName: Decked in Black.jpg (19,337 bytes)
FileName: DJ.gif (8,567 bytes)
FileName: Dog bun.jpg (17,094 bytes)
FileName: drinking.gif (9,999 bytes)
FileName: drowsy.gif (14,451 bytes)
FileName: Erica's B-day.jpg (23,842 bytes)
FileName: evil.gif (932 bytes)
FileName: Fake.gif (10,421 bytes)
FileName: Family Pic.jpg (219,523 bytes)
FileName: FIND Fall 2K1.jpg (17,870 bytes)
FileName: FIND Spring 2K2.jpg (18,695 bytes)
FileName: FIND Spring 2K3.jpg (11,988 bytes)
FileName: flee.jpg (17,928 bytes)
FileName: Freak Out.gif (759 bytes)

Amurao.Audrey - Exhibit B.txt

FileName: Funny Face.gif (411 bytes)
FileName: Gail.jpg (20,503 bytes)
FileName: Gear Face.gif (8,020 bytes)
FileName: giddy.gif (1,077 bytes)
FileName: Great Day.gif (27,797 bytes)
FileName: Grill 1..jpg (1,128,944 bytes)
FileName: happy.gif (233 bytes)
FileName: headbang.gif (904 bytes)
FileName: heart bubbles.gif (7,071 bytes)
FileName: heart throb.gif (215 bytes)
FileName: Help.gif (772 bytes)
FileName: hug.gif (4,824 bytes)
FileName: Hugs & Kisses.gif (1,344 bytes)
FileName: I Dunno.gif (307 bytes)
FileName: jumping hamster.gif (846 bytes)
FileName: Justin & Co..jpg (717,989 bytes)
FileName: Justin and Me.jpg (17,303 bytes)
FileName: Justin's Guitar.jpg (709,589 bytes)
FileName: Justin.jpg (17,207 bytes)
FileName: kissing.gif (911 bytes)
FileName: lol.gif (158 bytes)
FileName: Lost.gif (4,367 bytes)
FileName: Manhattan Grill..jpg (30,208 bytes)
FileName: Me and Jonathon.jpg (8,313 bytes)
FileName: Me and Michele.jpg (5,185 bytes)
FileName: MJ & Ten.jpg (19,663 bytes)
FileName: moving book.gif (2,728 bytes)
FileName: Moving Flag.gif (3,939 bytes)
FileName: music.gif (2,340 bytes)
FileName: My Baby.jpg (8,105 bytes)
FileName: Nice Day.gif (2,269 bytes)
FileName: Nice Flag.gif (7,613 bytes)
FileName: PAL GIM.jpg (15,693 bytes)
FileName: pencil.gif (633 bytes)
FileName: pimp car.gif (7,049 bytes)
FileName: Pointing.jpg (17,049 bytes)
FileName: pucca.gif (6,690 bytes)
FileName: punch.gif (1,922 bytes)
FileName: rain.gif (2,659 bytes)
FileName: rainbowstarline.gif (6,980 bytes)
FileName: Ralph's Ad.jpg (149,095 bytes)
FileName: Rice.gif (33,526 bytes)
FileName: Rolling Smiley.gif (3,922 bytes)
FileName: Sandra's B-day.jpg (64,920 bytes)
FileName: Scorpio.jpg (27,401 bytes)
FileName: Sleep.gif (4,562 bytes)
FileName: sleeping.gif (1,884 bytes)
FileName: sleeping_cats.jpg (16,702 bytes)
FileName: Smiley Border.gif (2,432 bytes)
FileName: so sad.gif (6,867 bytes)
FileName: Spring flowers.gif (849 bytes)
FileName: Springy.gif (6,899 bytes)
FileName: Stare.jpg (4,273 bytes)
FileName: sunshine.gif (6,386 bytes)
FileName: Super Sad.gif (2,594 bytes)
FileName: teacher.gif (6,255 bytes)
FileName: Team.gif (1,845 bytes)
FileName: telephone.gif (238 bytes)
FileName: Thanksgiving Pic II.jpg (23,325 bytes)
FileName: Thanksgiving Pic.jpg (27,095 bytes)
FileName: The Boyz.jpg (26,911 bytes)
FileName: The Guyz.jpg (13,077 bytes)
FileName: wiggle.gif (1,105 bytes)

Amurao.Audrey - Exhibit B.txt
FileName: writing.gif (2,491 bytes)
FileName: yay.gif (2,144 bytes)
FileName: yum.gif (1,346 bytes)
FileName: Experience.mpg (69,459,972 bytes)