UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
LAVA RECORDS,

       Plaintiff,

  - against -

WARNER BROTHERS RECORDS, INC.
       Defendant.
-----------------------------------------------------------------X

Rev. 9/03

**ORDER OF REFERENCE**
**TO A MAGISTRATE JUDGE**

(S Civ. 3462 (C.S.)(MDF)

The above entitled action is referred to the Hon. Mark D. Fox, United States Magistrate Judge for the following purpose(s):

___ General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement)

___ Specific Non-Dispositive Motion/Dispute:*

_____

_____

___ Settlement*

__X__ All Purposes

___ Consent under 28 U.S.C. §636(c) for all purposes (including trial)

___ Consent under 28 U.S.C.§636(c) for limited purpose of _____

___ Habeas Corpus

___ Dispositive Motion (i.e., motion requiring a Report and Recommendation)

  Particular Motion:_____

  _____

  All such motions: ____

*Do not check if already referred for general pretrial.

**SO ORDERED.**

DATED: White Plains, New York
    June 23, 2008

               _Charles L. Brieant_
               United States District Judge