07/03/2008  07:16    19174631006                    RICHARD A ALTMAN ESQ                        PAGE  01/01

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

LAVA RECORDS LLC, a Delaware limited liability company; WARNER BROS. RECORDS INC., a Delaware corporation; CAPITOL RECORDS, INC., a Delaware corporation; UMG RECORDINGS, INC., a Delaware corporation; SONY BMG MUSIC ENTERTAINMENT, a Delaware general partnership; ARISTA RECORDS LLC, a Delaware limited liability company; BMG MUSIC, a New York general partnership; ATLANTIC RECORDING CORPORATION, a Delaware corporation; MAVERICK RECORDING COMPANY, a California joint venture; ELEKTRA ENTERTAINMENT GROUP INC., a Delaware corporation; VIRGIN RECORDS AMERICA, INC., a California corporation; and MOTOWN RECORD COMPANY, L.P., a California limited partnership,

        Plaintiffs,

        -against-

AUDREY AMURAO,

        Defendant.

Civil Action No.: 08-CV-03462 (CLB)(MDF)

---

I, Richard A. Altman, state that I am the attorney for Audrey Amurao and that I am authorized to and do hereby waive and accept service of the Summons and Complaint in the above captioned case on behalf of Audrey Amurao, and the same are deemed to have been personally served upon Audrey Amurao.

Dated this 30 day of June, 2008.

_____
Richard A. Altman, Esq..

#1332644 v1