UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------------------x

LAVA RECORDS, LLC *et al.*,

                            Plaintiffs,                    08 CV 03462 (CLB)

           -against-                        **NOTICE OF APPEARANCE**

AUDREY AMURAO,                            **ECF CASE**

                            Defendant.

--------------------------------------------------------------------------x

      The undersigned hereby appears as counsel for defendant Audrey Amurao in this action.

Dated: New York, New York
       July 17, 2008

RICHARD A. ALTMAN
Attorney for Defendant Audrey Amurao
285 West Fourth Street
New York, New York 10014
Tel. 212.633.0123
Fax 917.463.1006
altmanlaw@earthlink.net