### 300 QUARROPAS STREET
### WHITE PLAINS, N.Y. 10601
### 914-390-4127

CHAMBERS OF MAGISTRATE JUDGE
MARK D. FOX

DESK OF ED. MODUGNO
COURT DEPUTY

Date July 10, 2008

## MEMORANDUM

**From: Judge Mark D. Fox, USMJ**

**To:   All Litigants**



Effective August 6, 2008, The Hon. Mark D. Fox, USMJ will be retiring from the bench, all cases referred to him will be maintained and monitored by his Courtroom Deputy Ed. Modugno until a new Magistrate Judge is in place. In case of extensions of time, discovery disputes, etc. you can contact Mr. Modugno, at 914-390-4127 he will arrange for another Magistrate Judge to handle the matter.

Respectfully,

Mark D. Fox
U.S. Magistrate Judge

cc: Hon. Lisa Margaret Smith
Hon. George A.. Yanthis
Hon. Mark D. Fox
Robert Rogers, Chief Deputy
Lorraine Lombardo, Asst. Chief Deputy
Fiona Keegan, Docketing Supervisor