**Richard A. Altman**
Attorney at Law

285 West Fourth Street
New York, New York 10014
Tel. 212.633.0123
Fax 917.463.1006
altmanlaw@earthlink.net

August 6, 2009

BY FAX – 914.390.4278
Hon. Cathy Seibel, U.S.D.J.
Southern District of New York
United States Courthouse
300 Quarropas Street
White Plains, New York 10601

**MEMO ENDORSED**

*Application granted*
**SO ORDERED.**
*Cathy Seibel*
**Cathy Seibel, U.S.D.J.**

**Dated:** 8/7/09

Re: *Lava Records LLC et al. v. Amurao*, 08 CV 03462

Your Honor:

I represent the defendant and write to request a second extension of one week to file defendant's reply papers on her cross-motion for summary judgment, which are presently due August 7. The reason for the request is that I have been unable to arrange to meet this week with the defendant to have her review and sign a supplemental declaration to be submitted.

Plaintiffs' counsel objects to this request, claiming that there is no basis for a supplemental declaration. However, plaintiffs have alleged that are contradictions between Ms. Amurao's prior deposition testimony and her declaration in support of the cross-motion. There are no such contradictions, but a supplemental declaration is necessary in order to demonstrate that her testimony is in fact completely consistent. I would note that plaintiffs submitted a supplemental declaration of their expert witness to correct an apparent error in their opposition papers; defendant should have the same right, especially given the seriousness of plaintiffs' accusations. I therefore would ask that the Court clarify that defendant may submit a supplemental declaration.

I appreciate the Court's attention.

Respectfully,

Richard A. Altman

copy to
Andrew Mohraz, Esq.
(by email)